# Exhibit 1

| NO | DOCUMENT | APPENDIX |
|:---:|---|:---:|
| 1 | April 5, 2021 Letter from Filter Team to MacLeod | 1 |
| 2 | April 5, 2021 Letter from Filter Team to Miller | 3 |
| 3 | April 5, 2021 Letter from Filter Team to Monteagle | 5 |
| 4 | April 16, 2021 Letter from MacLeod to Filter Team | 7 |
| 5 | April 16, 2021 Letter from Miller to Filter Team | 10 |
| 6 | April 29, 2021 Letter from Movants' to Prosecution Team and Filter Team | 13 |
| 7 | May 13, 2021 Letter from Filter Team to Movants | 16 |
| 8 | May 24, 2021 Letter from Movants to Filter Team | 19 |
| 9 | June 14, 2021 Letter from Prosecution Team to Movants | 24 |
| 10 | July 22, 2021 Email from Filter Team to MacLeod | 26 |
| 11 | July 22, 2021 Email from Filter Team to Miller | 27 |
| 12 | July 26, 2021 Letter from Filter Team to Movants | 28 |
| 13 | July 26, 2021 Email from Miller to Filter Team | 30 |
| 14 | July 27, 2021 Email from MacLeod to Filter Team | 32 |
| 15 | July 27, 2021 Email from Filter Team to MacLeod | 33 |
| 16 | August 4, 2021 Email from Filter Team to MacLeod | 35 |
| 17 | August 4, 2021 Email from Filter Team to Miller | 36 |
| 18 | August 16, 2021 Email correspondence between Filter Team and Miller | 37 |
| 19 | August 20, 2021 Email correspondence between Filter Team and Miller | 38 |
| 20 | September 8, 2021 Letter from Movants to Filter Team | 39 |
| 21 | September 17, 2021 Letter from Filter Team to Movants | 41 |
| 22 | October 20, 2021 Email from Filter Team to Movants | 43 |
| 23 | October 22, 2021 Letter from Movants to Filter Team | 44 |
| 24 | June 28, 2022 Email from Movants to Filter Team | 46 |
| 25 | July 18, 2022 Email from Movants to Filter Team | 47 |

| | | |
|---|---|---|
| **26** | July 19, 2022 Email from Filter Team to Movants | 48 |
| **27** | July 20, 2022 Email from Filter Team to Movants | 50 |
| **28** | July 27, 2022 Email from Filter Team to Movants | 52 |
| **29** | August 23, 2022 Email from Filter Team to Movants | 53 |
| **30** | August 24, 2022 Email from Movants to Filter Team | 56 |
| **31** | August 25, 2022 Email from Filter Team to Movants | 60 |
| **32** | August 25, 2022 Email from Movants to Filter Team | 65 |
| **33** | September 1, 2022 Email from Filter Team to Movants | 70 |



**U.S. DEPARTMENT OF JUSTICE**

**Matthew T. Kirsch**
*Acting United States Attorney*
*District of Colorado*

*1801 California Street, Suite 1600*      *(303) 454-0100*
*Denver, CO 80202*

By email (with enclosure by Federal Express)

Michael A. Villa, Jr.
Meadows Collier
901 Main Street, Suite 3700
Dallas, Texas 75202
mvilla@meadowscollier.com

April 5, 2021

Dear Mr. Villa:

 We understand that you represent Eric MacLeod in a matter currently under investigation by the United States.  We are writing to introduce ourselves as filter AUSAs assigned to address potential attorney-client and attorney-work-product privilege issues associated with this investigation.  This letter outlines our role with respect to this matter, returns certain documents to Mr. MacLeod, and identifies a subset of documents that we intend to return to the prosecution team.

 As members of the filter team, we do not have a role in the underlying investigation and/or prosecution.  Rather, we serve a screening function and will address privilege issues with respect to this matter.  In this role, we were asked to review the returns of two search warrants that were served on Google for emails from accounts identified as d.miller@monteagleventures.com (the "Miller return") and E.MacLeod@MonteagleVentures.com (the "MacLeod return").

 Attached to this letter, you will find a disc containing materials further described below.

1.      Documents being returned to Mr. MacLeod

 After this review, we are returning almost 7,000 documents, in a folder labelled category 1, on the attached disc.  While many of these documents include communications to or from lawyers, many of these documents are not privileged for a variety of reasons.  Additionally, we have not been able to examine some documents because they are password protected.  Out of an abundance of caution, the documents in category 1 are being returned to you on the enclosed disc.  You can obtain the password for that disc by contacting Violet Konopka at (303) 454-0230 or vkonopka@usdoj.gov.  The documents in category 1 have not been accessed by the prosecution team.

**APPENDIX 1**

2.      Documents to be provided to the prosecution team

Documents in category 2 were initially reviewed by the prosecution team and identified to us for further review.  We have determined that these documents are not privileged (in folder 2(a)(i) on the enclosed disc) and are uncertain with respect to one email (in folder 2(a)(ii) on the enclosed disc).  As for this email, it is not clear whether the communication was intended for legal advice, rather than business advice.  If the former, it further appears that the privilege was waived through communication to a third party.

There is another subset of documents in category 2 for which the filter team was uncertain as to whether Mr. MacLeod might reasonably assert privilege.  These documents have not been accessed by the prosecution team and are in folder 2(b) on the enclosed disc.

With respect to the documents in category 2, unless we receive from you an assertion of privilege with an explanation of the factual and legal bases for such an assertion, we intend to provide these documents to the prosecution team on April 19, 2021, or as soon all potential privilege holders have had an opportunity to review potentially privileged materials and confer with the filter team.  If you assert a privilege, we will confer with you about that before providing those documents to the prosecution team.

The filter team's understanding of the prosecution team's knowledge of documents referenced above is that the prosecution team reviewed a spreadsheet with "outside of the envelope" information for the emails provided by Google for both search warrants, including date, sender, recipients, and subject line.  Members of the prosecution team also reviewed the emails identified above in the first paragraph of the section "Documents to be provided to the prosecution team."

Documents from the returns that are not privileged and that have not been identified above have been provided to the prosecution team.

Please let us know if you have any questions.  If you have any concerns, we look forward to hearing from you before April 19, 2021.

_Zeke Knox_
Susan "Zeke" Knox
AUSA
Susan.knox@usdoj.gov

_Timothy B. Jafek_
Timothy B. Jafek
AUSA
Timothy.jafek@usdoj.gov

Encl: CD by Federal Express

**APPENDIX 2**



**U.S. DEPARTMENT OF JUSTICE**

**Matthew T. Kirsch**
*Acting United States Attorney*
*District of Colorado*

---

*1801 California Street, Suite 1600*        *(303) 454-0100*
*Denver, CO  80202*

By email (with enclosure by Federal Express)

Sara Neill and Sanford Boxerman
Capes Sokol
8182 Maryland Avenue, Fifteenth Floor
St. Louis, Missouri 63105
neill@capessokol.com
boxerman@capessokol.com

April 5, 2021

Dear Counsel:

We understand that you represent Duane Miller in a matter currently under investigation by the United States.  We are writing to introduce ourselves as filter AUSAs assigned to address potential attorney-client and attorney-work-product privilege issues associated with this investigation.  This letter outlines our role with respect to this matter, returns certain documents to Mr. Miller, and identifies a subset of documents that we intend to return to the prosecution team.

As members of the filter team, we do not have a role in the underlying investigation and/or prosecution.  Rather, we serve a screening function and will address privilege issues with respect to this matter.  In this role, we were asked to review the returns of two search warrants that were served on Google for emails from accounts identified as d.miller@monteagleventures.com (the "Miller return") and E.MacLeod@MonteagleVentures.com (the "MacLeod return").

Attached to this letter, you will find a disc containing materials further described below.

1.        Documents being returned to Mr. Miller

After this review, we are returning approximately 350 documents, in a folder labeled category 1, on the attached disc.  While many of these documents include communications to or from lawyers, many of these documents are not privileged for a variety of reasons.  Additionally, we have not been able to examine some documents because they are password protected.  Out of an abundance of caution, the documents in category 1 are being returned to you on the enclosed disc.  You can obtain the password for that disc by contacting Violet Konopka at (303) 454-0230

<span style="color:red">**APPENDIX 3**</span>

or vkonopka@usdoj.gov.  The documents in category 1 have not been accessed by the prosecution team.

2.      Documents to be provided to the prosecution team

Documents in category 2 were initially reviewed by the prosecution team and identified to us for further review.  We have determined that these documents are not privileged (in folder 2(a)(i) on the enclosed disc) and are uncertain with respect to one email (in folder 2(a)(ii) on the enclosed disc).  As for this email, it is not clear whether the communication was intended for legal advice, rather than business advice.  If the former, it further appears that the privilege was waived through communication to a third party.

There is another subset of documents in category 2 for which the filter team was uncertain as to whether Mr. Miller might reasonably assert privilege.  These documents have not been accessed by the prosecution team and are in folder 2(b) on the enclosed disc.

With respect to the documents in category 2, unless we receive from you an assertion of privilege with an explanation of the factual and legal bases for such an assertion, we intend to provide these documents to the prosecution team on April 19, 2021, or as soon all potential privilege holders have had an opportunity to review potentially privileged materials and confer with the filter team.  If you assert a privilege, we will confer with you about that before providing those documents to the prosecution team.

The filter team's understanding of the prosecution team's knowledge of documents referenced above is that the prosecution team reviewed a spreadsheet with "outside of the envelope" information for the emails provided by Google for both search warrants, including date, sender, recipients, and subject line.  Members of the prosecution team also reviewed the emails identified above in the first paragraph of the section "Documents to be provided to the prosecution team."

Documents from the returns that are not privileged and that have not been identified above have been provided to the prosecution team.

Please let us know if you have any questions.  If you have any concerns, we look forward to hearing from you before April 19, 2021.


*Zeke Knox*
Susan "Zeke" Knox
AUSA
Susan.knox@usdoj.gov


*Timothy B. Jafek*
Timothy B. Jafek
AUSA
Timothy.jafek@usdoj.gov

Encl: CD by Federal Express

**APPENDIX 4**



**U.S. DEPARTMENT OF JUSTICE**

**Matthew T. Kirsch**
*Acting United States Attorney*
*District of Colorado*

---

*1801 California Street, Suite 1600*     *(303) 454-0100*
*Denver, CO 80202*

By email (with enclosure by Federal Express to Sara Neill and Sanford Boxerman only)

Sara Neill and Sanford Boxerman
Capes Sokol
8182 Maryland Avenue, Fifteenth Floor
St. Louis, Missouri 63105
neill@capessokol.com
boxerman@capessokol.com

Michael A. Villa, Jr.
Meadows Collier
901 Main Street, Suite 3700
Dallas, Texas 75202
mvilla@meadowscollier.com

April 5, 2021

Dear Counsel:

We understand that you represent Monteagle Ventures, LLC, in a matter currently under investigation by the United States. We are writing to introduce ourselves as filter AUSAs assigned to address potential attorney-client and attorney-work-product privilege issues associated with this investigation. This letter outlines our role with respect to this matter and identifies a subset of documents that we intend to return to the prosecution team.

As members of the filter team, we do not have a role in the underlying investigation and/or prosecution. Rather, we serve a screening function and will address privilege issues with respect to this matter. In this role, we were asked to review the returns of two search warrants that were served on Google for emails from accounts identified as d.miller@monteagleventures.com (the "Miller return") and E.MacLeod@MonteagleVentures.com (the "MacLeod return").

Attached to this letter, you will find a disc containing documents to be provided to the prosecution team. They are identified as category 2 documents because they are similar to the category 2 documents from other letters we have sent to you regarding your other clients. Documents in category 2 were initially reviewed by the prosecution team and identified to us for

further review.  We have determined that these documents are not privileged (in folder 2(a)(i) on the enclosed disc).

There is another subset of documents in category 2 for which the filter team was uncertain as to whether Monteagle might reasonably assert privilege.  These documents have not been accessed by the prosecution team and are in folder 2(b) on the enclosed disc.

With respect to the documents in category 2, unless we receive from you an assertion of privilege with an explanation of the factual and legal bases for such an assertion, we intend to provide these documents to the prosecution team on April 19, 2021, or as soon all potential privilege holders have had an opportunity to review potentially privileged materials and confer with the filter team.  If you assert a privilege, we will confer with you about that before providing those documents to the prosecution team.

The filter team's understanding of the prosecution team's knowledge of documents referenced above is that the prosecution team reviewed a spreadsheet with "outside of the envelope" information for the emails provided by Google for both search warrants, including date, sender, recipients, and subject line.  Members of the prosecution team also reviewed the emails identified above in the first paragraph of the section "Documents to be provided to the prosecution team."

Documents from the returns that are not privileged, about which we are not conferring with others, and that have not been identified above have been provided to the prosecution team.

Please let us know if you have any questions.  If you have any concerns, we look forward to hearing from you before April 19, 2021.

*Zeke Knox*
Susan "Zeke" Knox
AUSA
Susan.knox@usdoj.gov


*Timothy B. Jafek*
Timothy B. Jafek
AUSA
Timothy.jafek@usdoj.gov

Encl: CD by Federal Express (to Sara Neill and Sanford Boxerman only)

**MC** MEADOWS COLLIER

ATTORNEYS AT LAW

MEADOWS, COLLIER, REED, COUSINS, CROUCH & UNGERMAN, L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

901 MAIN STREET, SUITE 3700
DALLAS, TEXAS 75202
(214) 744-3700
www.meadowscollier.com

**Michael A. Villa, Jr.**
Partner

FAX (214) 747-3732
DIRECT (214) 749-2405
TOLL FREE (800) 451-0093
mvilla@meadowscollier.com

April 16, 2021

**Via Email:**     susan.knox@usdoj.gov
                   timothy.jafek@usdoj.gov

Assistant U.S. Attorney Susan Knox
1801 California Street, Suite 1600
Denver, Colorado 80202

Assistant U.S. Attorney Timothy B. Jafek
1801 California Street, Suite 1600
Denver, Colorado 80202

> **Re:     Response to Notice of Filter Team Documents**

Dear Counsel:

As you know, the undersigned represents Eric MacLeod in the referenced investigation, and jointly represents Monteagle Ventures, LLC ("Monteagle") along with the law firm Capes Sokol.  I am writing in response to your April 5, 2021 letter regarding Eric MacLeod (the "MacLeod Letter") and the April 5, 2021 letter regarding Monteagle (the "Monteagle Letter"), both of which serve as a notification both of the search warrants conducted on Google for the email accounts of Dr. MacLeod and Mr. Miller (the "Google Subpoenas") and of the installment of a filter team to review the documents produced in response to the Google Subpoenas (the "Google Documents").

At the outset, we note that we are preserving our right to object to the production of any information, documents, or correspondence to the prosecution team of any of the Google Documents, and we are exercising our right to assert privilege to the same.  We have not yet had the opportunity to complete our review of the documents attached to the MacLeod Letter (the "MacLeod Documents") or the documents attached to the Monteagle Letter (the "Monteagle Documents" and, collectively, with the MacLeod Documents, the "Filter Team Documents"), but we have already identified many documents that are privileged.  We are still familiarizing ourselves with this case, but we have been, and will continue to be, responsive to the investigation; we simply need more time and information to be able to conduct a reasonable review of the Filter Team Documents.  We are continuing to review the Filter Team Documents, but we object to the production of those documents to the prosecution team before we have had a reasonable opportunity to review those documents and

#521923_1

1

AUSA Knox and Jafek
April 16, 2021
Page 2

address the concerns discussed in further detail below in a conference with the filter team.  To be clear, **no documents should be produced to the prosecution team until the issues addressed in this correspondence are clarified and we have had a reasonable opportunity to review the Filter Team Documents with the aid of such clarification.**

As a gating matter, we object to the use of a filter team to review the Google Documents. "Federal courts have taken a skeptical view of the Government's use of 'taint teams' as an appropriate method for determining whether seized or subpoenaed records are protected by the attorney-client privileged." *United States v. SDI Future Health, Inc.*, 464 F. Supp. 2d 1027, 1037 (D. Nev. 2006).  Courts have gone so far as to characterize taint team procedure as "the government's fox is left in charge of the appellants' henhouse, and may err by neglect or malice as well as by honest differences of opinion*." In re Grand Jury Subpoenas*, 454 F.3d 511, 523 (6th Cir. 2006).  Courts have further stated that it "is a great leap of faith to expect that members of the general public would believe that any such [wall between the taint team and prosecutors] would be impenetrable." *United States v. Stewart*, 02 CR. 395 JGK, 2002 WL 1300059, at *8 (S.D.N.Y. June 11, 2002).  Furthermore, federal courts have found taint teams improper and appointed a magistrate to review the privileged documents after the documents had already been seized by the government. *In re Search Warrant Issued June 13, 2019*, 942 F.3d 159, 183 (4th Cir. 2019), as amended (Oct. 31, 2019).

Moreover, it appears from the MacLeod and Monteagle Letters that the prosecution team reviewed the Google Documents prior to a filter team being installed.  Your letters indicate "[d]ocuments in category 2 were initially reviewed by the prosecution team and identified to us for further review."  Considering there are undoubtedly attorney-client privileged documents and attorney work product in the subpoena production, we are requesting clarification on this issue.

In addition, both the MacLeod and the Monteagle Letters specify that you have already produced certain of the Google Documents to the prosecution team.  Please provide us with a copy of the documents already produced so we can determine if we need to assert privilege over and move to strike the use of any of the documents produced to date.

Separately, we would like to know how the government determined which records were entity records and which emails were personal records.  For example, Dr. MacLeod is only included in the correspondence contained within nineteen of the fifty-three documents contained in MacLeod 2(a)(i); the remaining thirty-four documents appear to be correspondence that Dr. MacLeod has not otherwise received.  Similarly, Monteagle 2(b) contains a significant number of documents that Dr. MacLeod *did* either send or receive, and to which he could claim privilege, but those documents are not included within MacLeod 2(b).  Please confirm if this was sorted in error, and if there are any additional emails relating to Dr. MacLeod that were not provided.

Finally, it appears that many attachments identified in produced emails are not included within the Filter Team Documents.  As an example, Doc. 48297 in Monteagle 2(b) identifies an attachment in the email heading, yet the next document is another email and not the identified attachment.  Conversely, there are documents within the Filter Team Documents that appear to be email attachments, but it is unclear to what emails the documents were originally attached – the

**APPENDIX 8**

AUSA Knox and Jafek
April 16, 2021
Page 3

---

consecutive documents before them do not appear to have any attachment.  An example of this is Doc. 28585, an excel spreadsheet, that follows Doc. 48283, an email that does not indicate that it contains an attachment.  We need additional information regarding what attachments are missing and to what correspondence the solitary attachments are related to be able to complete our review.

Our review of the Filter Team Documents is ongoing, and we are hopeful that we will be able to work with you to come to an agreement on an appropriate review process.  We simply wish to preserve the rights and privileges of our clients.  We would like to schedule a conference to discuss the above-enumerated issues with you.  Please let us know when you are available for a discussion.  We look forward to working with you on this matter.


Sincerely,

MEADOWS, COLLIER, REED,
COUSINS, CROUCH & UNGERMAN, L.L.P.


By:   _____
        Michael A. Villa, Jr.

Enclosures
Cc:     Sara Neill (*via electronic mail*)
        Sanford Boxerman (*via electronic mail*)


#521923_1

APPENDIX 9

**CAPES · SOKOL**

Attorneys at Law

Sanford J. Boxerman
Phone: 314.505.5470
Fax: 314.505.5471
Email: boxerman@capessokol.com

April 16, 2021

<u>**VIA EMAIL and REGULAR MAIL:**</u>
Susan "Zeke, Knox, Esq.
Timothy B. Jafek, Esq.
Assistant United States Attorneys
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Email: susan.knox@usdoj.gov
Email: timothy.jafek@usdoj.gov

Re:    Google Search Warrant for d.miller@monteagleventures.com and
E.MacLeod@MonteagleVentures.com

Dear Ms. Knox and Mr. Jafek:

We write to you as counsel for Duane Miller and as co-counsel for Monteagle Ventures, LLC ("Monteagle")  in connection with your letters to us of April 5, 2021 regarding the "filter team" created in response to search warrants served on Google for certain email accounts.

We have been provided with a copy of a letter sent to you today from Michael A. Villa, Jr., counsel for Eric MacLeod and co-counsel, with us, for Monteagle.  On behalf of Mr. Miller, we hereby adopt by this reference everything stated to you by Mr. Villa in that letter.  **In particular, on behalf of Mr. Miller, we respectfully demand that the "filter team" not produce (or not return, as the case may be) any documents to the "prosecution team" until the issues addressed in Mr. Villa's letter and in this letter have been resolved and until we, like Mr. Villa's office, also have a reasonable opportunity to complete our review of the documents you sent to us along with your April 5th correspondence.**

While we share with Mr. Villa all of the questions and concerns raised in his letter to you, we are particularly interested in understanding how you determined what was a 'Miller" document as opposed to what was a "Monteagle" document.  We also share Mr. Villa's request that you explain your approach with respect to emails with attachments.  From the review we have been able to conduct so far, it appears to us that (1) sometimes you produced an email with its attachment(s); (2) sometimes you produced an email that appears to have had attachments but

**APPENDIX 10**

# CAPES • SOKOL

Susan "Zeke, Knox, Esq.
Timothy B. Jafek, Esq.
April 16, 2021

without producing the attachments; and (3) sometimes you produced what appear to us to be attachments but without producing the email to which it/they were attached.

In addition, we have questions about some statements set forth in the letter you sent to us regarding Mr. Miller (as opposed to Monteagle). On page 2, under heading 2, you write as follows:

- ■ "Documents in category 2 were initially reviewed by the prosecution team and identified to us for further review." [This sentence comes from the first paragraph of the section of your letter entitled 'Documents to be provided to the prosecution team.'"]

- ■ There is another subset of documents in category 2 . . . . These documents have not been accessed by the prosecution team and are in folder 2(b)."

- ■ "The prosecution team reviewed a spreadsheet with 'outside of the envelope' information for the emails provided by Google . . . . "

- ■ "Members of the prosecution team also reviewed the emails identified above in the first paragraph of the section 'Documents to be provided to the prosecution team.'"

As you might imagine, we are confused. The first and fourth bullet points suggest that the prosecution team reviewed all the documents in Category 2. We would think that the documents in category 2(b) (which you describe as "another subset of documents in category 2") would, naturally, be part of category 2. But in the second bullet point you appear to say that the documents in category 2(b) were not accessed by the prosecution team, which strikes us as directly contradictory to the first and fourth bullet points And the third bullet point injects even more confusion by suggesting that there might be a distinction between reviewing a spreadsheet with "outside of the envelope information" versus actually reviewing the documents themselves.

We would very much appreciate it if you could clarify for us what the prosecution team has already had access to and what they have not had access to. And we would also appreciate it if you could explain to us what "outside of the envelope information" means, as we are not sure we are familiar with that term as used in this context.

We share Mr. Villa's hope "that we will be able to work with you to come to an agreement on an appropriate review process" But we have some serious questions and concerns at this point, and we need a better understanding of the situation before this matter can move forward.

Thank you for your attention to this letter and for your anticipated cooperation.

# CAPES • SOKOL

Sincerely,

*Sanford Boxerman*

Sanford J. Boxerman

SJB/ab

cc via email:   Michael A. Villa, Jr., mvilla@meadowscollier.com

**APPENDIX 12**

   

April 29, 2021

Assistant U.S. Attorney Rebecca S. Webber          *via email to Rebecca.Weber@usdoj.gov*
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202

Assistant U.S. Attorney Arthur J. Ewenczyk          *via email to Arthur.J.Ewenczyk@usdoj.gov*
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202

Assistant U.S. Attorney Susan "Zeke" Knox          *via email to Susan.Knox@usdoj.gov*
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202

Assistant U.S. Attorney Timothy B. Jafek          *via email to Timothy.Jafek@usdoj.gov*
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202

**Re:    Objection to the Provision of Documents to Prosecution Team**

Dear Counsel:

We respectfully demand that the Filter Team not share with the Prosecution Team any of the documents currently in the possession of the Filter Team until the issues raised in this letter have been resolved.

A number of facts which we have learned reinforce our objection, set forth on page 2 of Michael Villa's letter of April 16, 2021 (and adopted by reference in Sanford Boxerman's letter of the same date), to the use of a filter team to review the Google documents. Our conversation with the Filter Team, held on April 28, has caused us great concern about this process. Some of the troubling facts that have come to light include:

AUSA Office
April 29, 2021
Page 2

- The documents were not provided by Google directly to the Filter Team, but instead went through some intermediary, either at the Tax Division of the Department of Justice, or the United States Attorney's Office for the District of Colorado, or both, before reaching the Filter Team. The Filter Team told us that they did not know who within the Government had possession of the documents before they did.

- From the Filter Team's letters to us of April 5, 2021, and from our conversation yesterday, we learned that, prior to reaching the Filter Team, some or all of the documents were in the possession of, and actually reviewed by, the Prosecution Team.

- After someone in the Government received and reviewed the documents, but prior to their transmittal to the Filter Team, a spreadsheet containing what has been referred to as "outside of the envelope information", was prepared. It has been represented to us that this spreadsheet was reviewed by the Prosecution Team. That fact in and of itself causes us concern. We would like to know who created the spreadsheet and how it was created. The Filter Team was unable to answer those questions. We are requesting a copy of the spreadsheet.

- We were told that production by the Filter Team to the Prosecution Team of documents which the Filter Team deems to be non-privileged ("Category 3 documents" was the term we all used yesterday to describe these documents), none of which have been sent to us for review, is "imminent". This too causes us great concern, as we question the ability of the Filter Team (even assuming good faith efforts to do so) to recognize potentially privileged documents. For example, we believe that there were involved in this transaction attorneys whose email addresses might not readily appear to be those of attorneys.

- The Filter Team acknowledged that it did not consider the possibility that Category 3 documents might be privileged pursuant to 26 U.S.C. §7525, sometimes referred to as the tax practitioner privilege. This privilege protects, under certain circumstances, communications between non-attorney tax practitioners (often accountants) and their clients. The Filter Team candidly advised us that they did not consider the possibility that emails between accountants and their clients might be privileged; accordingly, it is possible that those arguably-privileged communications are among those in the batch of Category 3 documents as to which turnover to the Prosecution Team is "imminent."

As the expression goes, it is impossible to "unring a bell." When a high probability exists that privileged documents are about to be provided to a Prosecution Team, we believe it is only prudent to pause and consider a solution that works for all parties before the production goes forward. That is what we are asking for here. If, however, you choose to send the Category 3 documents to the prosecution team without first providing us with a chance to review the documents, we ask that you inform us immediately so that we may consider filing a motion with the court.

APPENDIX 14

AUSA Office
April 29, 2021
Page 3

For all these reasons, we object to the production at this time of any documents by the Filter Team to the Prosecution Team.

We remain ready to engage with you in constructive dialogue in an effort to work through these issues.

Sincerely,

*Sanford Boxerman*

Sanford J. Boxerman
Sara G. Neill
Counsel for Duane Miller
Co-Counsel for Monteagle Ventures


Michael A. Villa, Jr.
Counsel for Eric MacLeod
Co-Counsel for Monteagle Ventures



**U.S. DEPARTMENT OF JUSTICE**

**Matthew T. Kirsch**
*Acting United States Attorney*
*District of Colorado*

---

*1801 California Street, Suite 1600*        *(303) 454-0100*
*Denver, CO  80202*

May 13, 2021

**Via Email**

Sanford J. Boxerman, Esquire
Sara G. Neill, Esquire
Capes, Sokol, Goodman & Sarachan, P.C.
8182 Maryland Avenue, Fifteenth Floor
Saint Louis, MO 63105

Michael A. Villa, Esquire
Meadows, Collier, Reed, Cousins, Crouch & Ungerman LLP
901 Main Street, Suite 3700
Dallas, Texas 75202

   Re:  Joint Objection to Release of Documents in Miller/MacLeod Investigation

Dear Counsel:

  Thank you for your April 28, 2021 call with the Filter Team assigned to the criminal investigation of your clients.  We found it was productive, and we hope to continue working together in a practical way.

  The Filter Team has also received your joint letter dated April 29, 2021, which was addressed to both filter and prosecution team attorneys. We would like to address some of the questions and concerns you raised. A few of those issues would be best addressed by the Prosecution Team, so the Filter Team will not address them here. That being said, below is an outline of the issues relevant to our limited role in this matter.

  With respect to your concern regarding the Filter Team's knowledge and recognition of attorney email addresses present in materials we have reviewed, we suggest you provide us with a list of attorneys who may have communicated with your clients during the period of the search warrant applications: December 20, 2016, to December 12, 2019, for Miller; and January 1, 2016, to May 4, 2020, for MacLeod. With that list, please include the following information, to the extent that you know it:

**APPENDIX 16**

- attorney name,
- attorney email address,
- firm name and domain name,
- name and email address of individual(s) who may communicate on the attorney's behalf, such as a paralegal,
- party represented and in what capacity (individual or corporate), and
- date range of representation within the period covering the search warrant application dates.

Please provide this information by *no later than May 20, 2021*. We will crosscheck any information you provide with our own analysis before we release documents to the Prosecution Team.

With respect to so-called *Kovel* communications present in materials we have reviewed, we can confirm that we did not find any formal agreements between attorneys and accountants. Such an agreement would require the attorney to retain the accountant for the purpose of interpreting information or data provided by the client. If you would like to assert that a *Kovel* relationship existed between any of the targets' attorneys and an accountant(s) during the search warrant application dates, please do so by providing the following information:

- client name,
- name of attorney who retained the accountant,
- accountant name,
- date range of representation during the period covering the search warrant application dates, and
- any other pertinent information about the agreement (or, preferably, a copy of the agreement itself).

Please provide this information by *no later than May 20, 2021*. Again, we will crosscheck any information you provide with our own analysis before we release documents to the Prosecution Team.

Finally, with respect to the statutory civil tax-practitioner privilege under Title 26 U.S.C. Section 7525(a)(2), that provision expressly limits its application to "noncriminal tax matter[s]" before the IRS, and "noncriminal tax proceeding[s]" in federal court. In this case, the electronic materials under our review were seized pursuant to a search warrant during a criminal investigation. Thus, the civil privilege does not apply.

Your remaining concerns, which relate to the custody and review of electronic search warrant materials before the Filter Team received them, are best addressed independently by the Prosecution Team, since that team has the most complete information about those events.

APPENDIX 17

In conclusion, barring any additional information from you on or before May 20th, we have not identified any reasons to further delay the release of deemed "Category 3" documents to the Prosecution Team as soon as we are logistically able.

Please let us know if you have any additional questions or concerns in this matter.

*Zeke Knox*
Susan "Zeke" Knox
AUSA
Susan.knox@usdoj.gov


*Timothy B. Jafek*
Timothy B. Jafek
AUSA
Timothy.jafek@usdoj.gov

Cc:    AUSA Rebecca Weber
       Trial Attorney Arthur Ewenczyk

   

May 24, 2021

**Via Email**

Susan.knox@usdoj.gov
Susan "Zeke" Knox
Assistant United States Attorney
U.S. Attorneys Office
1801 California Street, Suite 1600
Denver, CO  80202

Timothy.jafek@usdoj.gov
Timothy B. Jafek
Assistant United States Attorney
U.S. Attorneys Office
1801 California Street, Suite 1600
Denver, CO  80202

Re:　**Response to Your Letter Dated May 13, 2021 Regarding Our
Previously Submitted "Joint Objection to Release of Documents in
Miller/MacLeod Investigation"**

Dear Counsel:

Thank you for your letter dated May 13, 2021.  We agree with you that our April 28, 2021 call was productive and we also hope to continue working together to satisfactorily resolve the issues raised in our April 29, 2021 letter to the Filter Team and the Prosecution Team.

In your letter, you suggested that we provide you with a list of attorneys who may have communicated with our clients during the period of the search warrant applications, along with additional information to the extent we are able to do so.  We are providing the information we have available at this time:

1. **Page Law Firm also known as In Prime Legal**

    a. Domain names: @pagebusinesslaw.com; @pagelaw.com; @inprime.com; and @inprimelegal.com
    b. General email address:  legal@monteagleventures.com; office@inprimelegal.com; assistant@inprimelegal.com; team@inprimelegal.com

    c.  Attorneys/law firm staff:
- i. Jonathan Page
- ii. Nicholas Broder
- iii. Chris Kanelos
- iv. Tionna Skipper
- v. Stephanie James
- vi. Andy Barry
- vii. Ginny Vaughn
- viii. Christian Gonzalez

It appears to us that the attorneys and staff at Page Law Firm (aka In Prime Legal) used several email addresses to communicate with our clients. We have identified the domain names we are aware of, as well as general email addresses that appear to have been used to correspond with members of Page Law Firm's legal team.

**2. Kowan & Cordon**

    a.  Domain name: @kowancordon.com
    b.  Attorneys/law firm staff:
- i. Aaron Kowan (acowan@kowancordon.com)
- ii. Jason Cordon
- iii. Ryan Pulver (rpulver@kowancordon.com)
- iv. Bill Armstrong
- v. Beth Hill
- vi. Ben Beacham
- vii. Sarah Kuipers (skuipers@kowancordon.com)
- viii. Melissa Baratian

**3. Scott Law Firm**

    a.  Domain name: unknown
    b.  Attorneys/law firm staff:
- i. Charles Scott
- ii. Susan Scott Hayes

**4. Moore Ingram Johnson & Steele**

    a.  Domain name: @mijs.com
    b.  Attorneys/law firm staff:
- i. Matthew Howard (mjhoward@mijs.com)
- ii. Kenneth Hall (kdhall@mijs.com)
- iii. Robert Ingram (ringram@mijs.com)
- iv. Clayton Carmack (COC@mijs.com)
- v. Jeff Morman
- vi. Lesley Rowe
- vii. Wilma Bush
- viii. Stacey Forristall (sforristall@mijs.com)
- ix. Sheila King
- x. Amy Sikes

**APPENDIX 20**

5. **Coleman Talley**

    a.  Domain name: @colemantalley.com
    b.  Attorneys/staff:
        i.  Ryan Pulver (ryan.pulver@colemantalley.com)

6. **Chamberlain Hrdlicka**

    a.  Domain name: @chamberlain.com; HESTeam@chamberlain.com
    b.  Attorneys/law firm staff:
        i.  William Stone (William.Stone@chamberlain.com)
        ii.  Hale Sheppard (Hale.Sheppard@chamberlain.com)
        iii.  Cassandra Bradford (Cassandra.Bradford@chamberlain.com)
        iv.  Pamela Rue
        v.  Coby Armstrong (Coby.Armstrong@chamberlain.com)
        vi.  Milly Perez (Milly.Perez@chamberlain.com)
        vii.  Melissa Spearman (Melissa.Spearman@chamberlain.com)
        viii.  Michael Coverstone (Michael.Coverstone@chamberlain.com)

7. **Blue Ridge Law, PC**

    a.  Domain name:  @blueridgelaw.com
    b.  Attorneys/law firm staff:
        i.  William Little (bill@blueridgelaw.com)
        ii.  Susan Little (susan@blueridgelaw.com)

8. **Morris Manning & Martin, LLP**

    a.  Domain name:  @mmmlaw.com
    b.  Attorneys/staff:
        i.  Matthew Peurach (mpeurach@mmmlaw.com)
        ii.  Elaine Samples (esamples@mmmlaw.com)
        iii.  Tim Pollock
        iv.  Lillian Martin (lmartin@mmmlaw.com)

9. **James Sinnott**

10. **Fenn Little, Attorneys at Law**

11. **Dearth Galat**

    a.  Domain name:  @dgtawlaw.com
    b.  Attorneys/law firm staff:
        i.  Bryan Galat (bryan@dgtaxlaw.com)
        ii.  Marc Dearth (marc@dgtaxlaw.com)

**12. Worley & Peltz, PLLC**

    a.  Domain name:  @worleypeltz.com
    b.  Attorneys/law firm staff:
        i.  Jason Peltz

**13. Dodd Law Firm**

    a.  Domain name:  unknown
    b.  Attorneys/law firm staff:
        i.  Matt Dodd

**14. Jason Clark**

**15. Kessler and Solomiany**

    a.  Domain name:  @ksfamilylaw.com
    b.  Attorneys/law firm staff:
        i.  Marvin Solomiany

**16. The Bishop Law firm**

    a.  Domain name:  @bishopfirm.com
    b.  Attorneys/law firm staff:
        i.  Jimmy Bishop:  jimmy@bishopfirm.com

**17. Oliver Maner, LLP**

    a.  Domain name:  @olivermaner.com
    b.  Attorneys/law firm staff:
        i.  Andrew Wilkes:  dwilkers@olivermaner.com

**18. Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**

    a.  Domain name:  @bakerdonelson.com
    b.  Attorneys/law firm staff:  unknown

**19. Wingate Law Firm**

**20.      Hunsaker Emmi, P.C.**

**21. Gardner, Groff & Greenwald**

    a.  Domain name:  @gardnergroff.com
    b.  Attorneys/law firm staff:  unknown

**22. Berg Law firm**

23. **Husch Blackwell**

    a. Domain name:  @huschblackwell.com
    b. Attorneys/law firm staff:  unknown

In your letter, you state that you have not located any formal agreements between attorneys and accountants.  We are not aware of any formal agreements at this time, however, at this stage of the investigation, we have not yet had the opportunity to interview all of the lawyers and accountants involved and therefore are not in a position to say with certainty that formal agreements do not exist.   Therefore, out of an abundance of caution, we are requesting the opportunity to review all accountant correspondence before such correspondence is provided to the Prosecution Team.  We understand from our call with you that the Prosecution Team may have already reviewed some correspondence which is concerning to us.  Nothing in this letter should be construed in any way to suggest that we are waiving any objections to the review process used by the Prosecution Team and the Filter Team in this case.

Finally, regarding the privilege set forth under 26 U.S.C. Section 7525(a)(2), we agree with you that the provision expressly limits its application to "noncriminal tax matter[s]", however, the communications at issue in this case occurred prior to the time this matter was a criminal matter.  Therefore, we are reserving the right to claim the privilege applies with respect to certain communications between our clients and their accountants with regard to their representation of our clients before the Internal Revenue Service.

We greatly appreciate your willingness to work through the issues raised by us in our April 29, 2021, letter.  We continue to respectfully demand that the Filter Team not share with the Prosecution Team any of the documents currently in the possession of the Filter Team until the issues raised in that letter have been resolved.  We understand your position that some of the issues need to be discussed directly with the Prosecution Team.  We plan to do so.

Sincerely,


*/s/ Sara G. Neill*

Sanford J. Boxerman
Sara G. Neill
Counsel for Duane Miller
Co-Counsel for Monteagle Ventures


*/s/ Michael A. Villa, Jr.*

Michael A. Villa, Jr.
Counsel for Eric MacLeod
Co-Counsel for Monteagle Ventures


**APPENDIX 23**



**U.S. DEPARTMENT OF JUSTICE**

**Matthew T. Kirsch**
*Acting United States Attorney*
*District of Colorado*

---

*1801 California Street, Suite 1600*      *(303) 454-0100*
*Denver, CO  80202*

June 14, 2021

**Via Email**

Sanford J. Boxerman, Esquire
Sara G. Neill, Esquire
Capes, Sokol, Goodman & Sarachan, P.C.
8182 Maryland Avenue, Fifteenth Floor
Saint Louis, MO 63105

Michael A. Villa, Esquire
Meadows, Collier, Reed, Cousins, Crouch & Ungerman LLP
901 Main Street, Suite 3700
Dallas, Texas 75202

   Re:  Objection to the Provision of Documents to Prosecution Team

Dear Counsel:

   The Prosecution Team is in receipt of your joint letter dated April 29, 2021, which was addressed to both filter and prosecution team attorneys. We would like to address some of the questions and concerns you raised. In particular, in response to your letter, we are providing you with further detail about the steps the prosecution team undertook in response to indications that the seized items might contain privileged communications and in an effort to protect any privileged communications.

   The search warrant returns for the warrant executed on the Miller account on December 12, 2019 were initially provided to an IRS filter agent, IRS Special Agent Lisa Palmer, who was and remains separate from the prosecution team.  Special Agent Palmer segregated potentially-privileged items from non-privileged items and provided only those identified as non-privileged to the prosecution team. After reviewing a small number of emails (identified by the Filter Team as the 2(a)(i) and 2(a)(ii) folder), the prosecution team came upon an email that included an attorney as a carbon-copied recipient. Although the email did not contain any privileged information, out of an abundance of caution, the prosecution team stopped its review of the emails provided by Special Agent Palmer to assess whether the emails seized from the Miller

account should be submitted to an attorney-led filter team. Since that time, the prosecution team has not reviewed any other emails obtained from that warrant.

To inform whether the entirety of the emails seized from the Miller account should be submitted to an attorney-led filter team, IRS Special Agent Peter Dickerman, who was designated as a filter Special Agent and remains segregated from the prosecution team, created a spreadsheet with "outside of the envelope" information for the 691 emails provided by Google, including date, sender, recipients, and subject line. Documents containing notations ("Privileged" and "Confidential") or those addresses and domains that were determined to be used by or potentially used by attorneys or their staff, were to be transmitted to an attorney-led filter team. Again, other than the small number of emails identified by the Filter Team as the 2(a)(i) and 2(a)(ii) folder, the prosecution team has not reviewed the body of any of the emails described in this spreadsheet.

Also around this time, documents responsive to the government's May 4, 2020, warrant on the MacLeod account were produced and remained in Special Agent Dickerman's custody. Special Agent Dickerman created a spreadsheet with "outside of the envelope" information for the 12,680 emails provided by Google for the MacLeod account, including date, sender, recipients, and subject line. To date, the prosecution team has not reviewed any emails or documents obtained from the warrant executed on the MacLeod account on May 4, 2020.

The prosecution team decided to submit all items seized from both the Miller and MacLeod accounts to an attorney-led filter team for review. Special Agent Dickerman, as custodian of these items, was responsible for providing them to the filter team.

Please let us know if you have any additional questions or concerns in this matter.

Sincerely,

MATTHEW T. KIRSCH
Acting United States Attorney

*s/ Rebecca S. Weber*
By: Rebecca S. Weber
Assistant United States Attorney

*s/ Arthur J. Ewenczyk*
By: Arthur J. Ewenczyk
Trial Attorney
U.S. Department of Justice, Tax Division

*s/ Julia Rugg*
By: Julia Rugg
Trial Attorney
U.S. Department of Justice, Tax Division

**From:** Jafek, Timothy (USACO)
**Sent:** Thursday, July 22, 2021 7:04 PM
**To:** Villa, Michael A.
**Cc:** Knox, Susan (USACO) ; Sparks, Kathryn (TAX) ; Almonte, Jorge (TAX)
**Subject:** MacLeod - Cat 2 documents

EXTERNAL EMAIL

Dear counsel:

We are writing to follow up on Category 2 documents. Our April 5, 2021 letter asked if you would assert privilege and, if so, the basis for that assertion. We have not received any such assertion from you regarding Category 2 documents. Unless we hear from you by July 30, 2021, we will assume that you have decided not to make any such assertion. Please let us know if you have any questions.

Thanks,

Tim

**Timothy B. Jafek**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0104
Email: timothy.jafek@usdoj.gov

APPENDIX 26

| | |
|---|---|
| **From:** | Jafek, Timothy (USACO) <Timothy.Jafek@usdoj.gov> |
| **Sent:** | Thursday, July 22, 2021 7:02 PM |
| **To:** | Sara G. Neill; Sanford J. Boxerman |
| **Cc:** | Knox, Susan (USACO); Sparks, Kathryn (TAX); Almonte, Jorge (TAX) |
| **Subject:** | Miller - priv log and Cat 2 docs |

Dear counsel:

We are writing to seek clarification regarding the privilege log you recently provided to the prosecution team.  It is labelled "PRIVILEGE LOG: Category 1 Emails Obtained Through Warrant Served on Google for Account 'D.Miller@monteagleventures.com.'"  First, are you asserting privilege for each Category 1 document?  We thought it would be easier to ask than to compare that list with the Category 1 list we have and risk errors.  Second, as to the Category 2 documents, our April 5, 2021 letter asked if you would assert privilege and, if so, the basis for that assertion.  We have not received any such assertion from you regarding Category 2 documents.  Unless we hear from you by July 30, 2021, we will assume that you have decided not to make any such assertion.  If you included Category 2 documents in the Category 1 privilege log, please let us know.  Please let us know if you have any questions.

Thanks,

Tim

**Timothy B. Jafek**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone:  (303) 454-0104
Email:   timothy.jafek@usdoj.gov

**APPENDIX 27**



**U.S. DEPARTMENT OF JUSTICE**

**Matthew T. Kirsch**
*Acting United States Attorney*
*District of Colorado*

_____

1801 California Street, Suite 1600       *(303) 454-0100*
Denver, CO  80202

July 26, 2021

**Via Email**

Sanford J. Boxerman, Esquire
Sara G. Neill, Esquire
Capes, Sokol, Goodman & Sarachan, P.C.
8182 Maryland Avenue, Fifteenth Floor
Saint Louis, MO 63105

Michael A. Villa, Esquire
Meadows, Collier, Reed, Cousins, Crouch & Ungerman LLP
901 Main Street, Suite 3700
Dallas, Texas 75202

      Re:  Joint Objection to Release of Documents in Miller/MacLeod Investigation

Dear Counsel:

      This follows up on your letter of May 24, 2021.  In that letter, you provided a list of attorneys and law firms who may have communicated with your clients during the period of the search-warrant applications.  We used that information to rereview documents that were to be released to the Prosecution Team as part of the Category 3 documents.  We rereviewed all documents that had been designated Category 3 and which produced hits using terms derived from the list of attorneys and law firms provided in your May 24, 2021 letter.  We regret that the rereview was delayed by technical and scheduling issues.

      The rereview found 29 documents that we are removing from Category 3 and will provide to you as Category 1 documents.  Those will be provided along with 14 family members of those documents (note that the family members were previously released to you as Category 2 documents).  Redesignating those 29 documents as Category 1 should not be interpreted as our conclusion that they actually are privileged or that there is a likelihood that they may be privileged.  We are simply providing them to you for your further review so that you can decide whether to pursue a claim to privilege.  We will provide those additional Category 1 documents to you shortly, hopefully within a week.

Now that this rereview has been completed, we will release to the Prosecution Team Category 3 documents.  That will be done as soon as technically feasible, probably tomorrow.

Please let us know if you have any additional questions or concerns in this matter.

_Zeke Knox_
Susan "Zeke" Knox
AUSA
Susan.knox@usdoj.gov


_Timothy B. Jafek_
Timothy B. Jafek
AUSA
Timothy.jafek@usdoj.gov

Cc:    AUSA Rebecca Weber

| | |
|---|---|
| **From:** | Sara G. Neill |
| **Sent:** | Monday, July 26, 2021 10:29 PM |
| **To:** | Jafek, Timothy (USACO); Sanford J. Boxerman |
| **Cc:** | Knox, Susan (USACO); Sparks, Kathryn (TAX); Almonte, Jorge (TAX) |
| **Subject:** | RE: Miller - priv log and Cat 2 docs |

Tim,

Thanks so much for reaching out.  I am currently on vacation, and coincidentally, so is Sandy.  To answer your first question (below), we are not asserting privilege for all of the Category 1 documents.  We are asserting privilege for many so you will need to review the log.

Regarding the Category 2 documents—we seem to recall that you were going to send us an updated batch renumbered so that we could easily identify families.  Did you send that to us?  If you did, it has gotten lost in the volume of items we are dealing with in this case.  We would appreciate it if you could refresh us on where we left off on that issue.  In the meantime, many of the emails in Category 2 are privileged so please do not turn those over to the prosecution team.

If you would like to discuss this when we return on Monday, please let us know some times that you are available.  Thanks!

Sara Neill


# Sara G. Neill, J.D./LL.M. (Taxation)
Capes Sokol • *Shareholder*

**T** 314.505.5418 • **F** 314.505.5419

8182 Maryland Avenue, Fifteenth Floor • St. Louis, Missouri 63105

CONFIDENTIALITY NOTICE: The materials enclosed with this email transmission are private and confidential. The information contained in the material is privileged and is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email transmission in error, please immediately notify us either by telephone or by email to arrange for return of the emailed information to us.

**From:** Jafek, Timothy (USACO) <Timothy.Jafek@usdoj.gov>
**Sent:** Thursday, July 22, 2021 7:02 PM
**To:** Sara G. Neill <neill@capessokol.com>; Sanford J. Boxerman <boxerman@capessokol.com>
**Cc:** Knox, Susan (USACO) <Susan.Knox@usdoj.gov>; Sparks, Kathryn (TAX) <Kathryn.Sparks@usdoj.gov>; Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>
**Subject:** Miller - priv log and Cat 2 docs

Dear counsel:

We are writing to seek clarification regarding the privilege log you recently provided to the prosecution team.  It is labelled "PRIVILEGE LOG: Category 1 Emails Obtained Through Warrant Served on Google for Account 'D.Miller@monteagleventures.com.'"  First, are you asserting

privilege for each Category 1 document?  We thought it would be easier to ask than to compare that list with the Category 1 list we have and risk errors.  Second, as to the Category 2 documents, our April 5, 2021 letter asked if you would assert privilege and, if so, the basis for that assertion.  We have not received any such assertion from you regarding Category 2 documents.  Unless we hear from you by July 30, 2021, we will assume that you have decided not to make any such assertion.  If you included Category 2 documents in the Category 1 privilege log, please let us know.  Please let us know if you have any questions.

Thanks,

Tim

**Timothy B. Jafek**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone:  (303) 454-0104
Email:    timothy.jafek@usdoj.gov

**APPENDIX 31**

| | |
|---|---|
| **From:** | Spiegel, Brian J. |
| **Sent:** | Tuesday, July 27, 2021 10:04 AM |
| **To:** | Jafek, Timothy (USACO) |
| **Cc:** | Knox, Susan (USACO); Villa, Michael A.; LaSala, Cari B. |
| **Subject:** | MacLeod - Category 2 Documents |

Tim,

I write in response to your July 22 email to Mike Villa in which you inquired about privilege assertions with respect to the Category 2 documents. Your email caught us by surprise, as we are still waiting on the previously-discussed reorganized Category 2 documents that contain emails and attachments together. As a refresher, we first raised the issue that document families were separated, i.e., emails without attachments and attachments without emails, in our April 16 letter. We then discussed email families again during our call on April 28. At that time you informed us that you were able to reorganize the documents so that the parent-child families were together, but there was a question as to how to provide the documents to us because of the Bates numbering. You all were going to circle back with your IT group to see what could be done and let us know. I apologize if we overlooked an email or letter, but as far as we know we never heard back. I believe the same holds true with respect to the Monteagle Category 2 documents, which also required reorganization.

Brian



**Brian J. Spiegel**
Partner

901 Main Street, Suite 3700
Dallas, Texas 75202

| | | |
|---|---|---|
| **Phone:** | 214.744.3700 | BIO |
| **Direct:** | 214.749.2418 | E-MAIL |
| **Toll Free:** | 800.451.0093 | WEB SITE |
| **Fax:** | 214.747.3732 | VCARD |

The message and information contained in or attached to this communication is privileged, confidential and intended only for the person or persons named above. If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient or recipients is strictly prohibited. If you receive this communication in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then please delete this communication from your computer. Thank you.

**APPENDIX 32**

| | |
|---|---|
| **From:** | Jafek, Timothy (USACO) <Timothy.Jafek@usdoj.gov> |
| **Sent:** | Tuesday, July 27, 2021 6:18 PM |
| **To:** | Spiegel, Brian J. |
| **Cc:** | Knox, Susan (USACO); Villa, Michael A.; LaSala, Cari B.; Sparks, Kathryn (TAX); Almonte, Jorge (TAX) |
| **Subject:** | RE: MacLeod - Category 2 Documents |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

EXTERNAL EMAIL

Brian:

You are correct that we have not yet provided to you the Category 2 documents together with their family members, the "reorganized Category 2 documents" as you said. That fell through the cracks, so I am glad that you identified that issue. We are working to get that done and should get it to you about the same time as we get you the documents that were moved into Category 1 as a result of the rereview. We will not release any of those Category 2 documents to the prosecution team before we have a chance to confer with you about those documents.

Thanks,

Tim

**Timothy B. Jafek**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0104
Email: timothy.jafek@usdoj.gov

---

**From:** Spiegel, Brian J.
**Sent:** Tuesday, July 27, 2021 9:04 AM
**To:** Jafek, Timothy (USACO)
**Cc:** Knox, Susan (USACO) ; Villa, Michael A. ; LaSala, Cari B.
**Subject:** MacLeod - Category 2 Documents

Tim,

I write in response to your July 22 email to Mike Villa in which you inquired about privilege assertions with respect to the Category 2 documents. Your email caught us by surprise, as we are still waiting on the previously-discussed reorganized

Category 2 documents that contain emails and attachments together. As a refresher, we first raised the issue that document families were separated, i.e., emails without attachments and attachments without emails, in our April 16 letter. We then discussed email families again during our call on April 28. At that time you informed us that you were able to reorganize the documents so that the parent-child families were together, but there was a question as to how to provide the documents to us because of the Bates numbering. You all were going to circle back with your IT group to see what could be done and let us know. I apologize if we overlooked an email or letter, but as far as we know we never heard back. I believe the same holds true with respect to the Monteagle Category 2 documents, which also required reorganization.

Brian



**Brian J. Spiegel**
Partner

901 Main Street, Suite 3700
Dallas, Texas 75202

| | | |
|---|---|---|
| **Phone:** | 214.744.3700 | BIO |
| **Direct:** | 214.749.2418 | E-MAIL |
| **Toll Free:** | 800.451.0093 | WEB SITE |
| **Fax:** | 214.747.3732 | VCARD |

The message and information contained in or attached to this communication is privileged, confidential and intended only for the person or persons named above. If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient or recipients is strictly prohibited. If you receive this communication in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then please delete this communication from your computer. Thank you.

| | |
|---|---|
| **From:** | Jafek, Timothy (USACO) <Timothy.Jafek@usdoj.gov> |
| **Sent:** | Wednesday, August 4, 2021 4:37 PM |
| **To:** | Villa, Michael A.; Spiegel, Brian J. |
| **Cc:** | Knox, Susan (USACO); Sparks, Kathryn (TAX); Almonte, Jorge (TAX) |
| **Subject:** | MacLeod and Monteagle - release of Category 2 and new Category 1 documents |

EXTERNAL EMAIL

We are ready to release to you the Category 2 documents. As stated in our letter of April 5, 2021, if you believe that any of those documents are privileged, please provide us with the legal and factual basis for that assertion. Please provide that information by August 16, 2021.

We are also ready to release to you the documents that were moved from Category 3 to Category 1 as described in our letter of July 26, 2021.

We will release the documents through USAfx, the platform we used for the release of the Category 1 documents. Please provide us with the names of the persons to whom we should give access to the folders for MacLeod and Monteagle documents. If for any particular person access should be given to MacLeod documents but not Monteagle documents, or vice versa, please let us know. If we have not previously given access to a particular person to whom you want access given, please send that person's complete name, email, and a cell phone number where they can receive a security code. Those things are necessary to provide access.

Please let me know if you have any questions.

Thanks,

Tim


**Timothy B. Jafek**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0104
Email: timothy.jafek@usdoj.gov

**APPENDIX 35**

**From:** Jafek, Timothy (USACO)
**Sent:** Wednesday, August 4, 2021 4:35 PM
**To:** Sara G. Neill ; Sanford J. Boxerman
**Cc:** Knox, Susan (USACO) ; Sparks, Kathryn (TAX) ; Almonte, Jorge (TAX)
**Subject:** Miller and Monteagle Cat 2 and new Cat 1 docs

We are ready to release to you the Category 2 documents. As stated in our letter of April 5, 2021, if you believe that any of those documents are privileged, please provide us with the legal and factual basis for that assertion. Please provide that information by August 16, 2021.

We are also ready to release to you the documents that were moved from Category 3 to Category 1 as described in our letter of July 26, 2021.

We will release the documents through USAfx, the platform we used for the release of the Category 1 documents. Please provide us with the names of the persons to whom we should give access to the folders for Miller and Monteagle documents. If for any particular person access should be given to Miller documents but not Monteagle documents, or vice versa, please let us know. If we have not previously given access to a particular person to whom you want access given, please send that person's complete name, email, and a cell phone number where they can receive a security code. Those things are necessary to provide access.

Please let me know if you have any questions.

Thanks,

Tim

Timothy B. Jafek
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0104
Email: timothy.jafek@usdoj.gov

APPENDIX 36

**From:** Jafek, Timothy (USACO)
**Sent:** Monday, August 16, 2021 6:30 PM
**To:** Sara G. Neill ; Knox, Susan (USACO)
**Cc:** Sanford J. Boxerman ; Calvin L. Lynch
**Subject:** RE: Miller privilege log

Thank you.

Tim

---

**From:** Sara G. Neill <neill@capessokol.com>
**Sent:** Monday, August 16, 2021 12:43 PM
**To:** Jafek, Timothy (USACO) <TJafek@usa.doj.gov>; Knox, Susan (USACO) <sknox@usa.doj.gov>
**Cc:** Sanford J. Boxerman <boxerman@capessokol.com>; Calvin L. Lynch <Lynch@capessokol.com>
**Subject:** Miller privilege log

Tim and Zeke:

Attached please find the Category 2 privilege log we are submitting on behalf of Duane Miller. Also, please be advised that we are not asserting privilege on any of the documents provided to us on August 5, 2021, that were originally Category 3, but subsequently moved to Category 1.

Thank you very much.

Sara Neill
**Sara G. Neill, J.D./LL.M. (Taxation)**
Capes Sokol • *Shareholder*

**T** 314.505.5418 • **F** 314.505.5419
8182 Maryland Avenue, Fifteenth Floor • St. Louis, Missouri 63105

CONFIDENTIALITY NOTICE: The materials enclosed with this email transmission are private and confidential. The information contained in the material is privileged and is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email transmission in error, please immediately notify us either by telephone or by email to arrange for return of the emailed information to us.

**APPENDIX 37**

**From:** Jafek, Timothy (USACO) <Timothy.Jafek@usdoj.gov>
**Sent:** Friday, August 20, 2021 4:09 PM
**To:** Sara G. Neill <neill@capessokol.com>; Knox, Susan (USACO) <Susan.Knox@usdoj.gov>
**Cc:** Sanford J. Boxerman <boxerman@capessokol.com>; Calvin L. Lynch <Lynch@capessokol.com>; Michael A. Villa Jr. (Mike) (mvilla@meadowscollier.com) <mvilla@meadowscollier.com>; Brian J. Spiegel (bspiegel@meadowscollier.com) <bspiegel@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>
**Subject:** RE: Monteagle 2(b) Privilege Log

Thank you.  Have a niece weekend.

Tim

---

**From:** Sara G. Neill <neill@capessokol.com>
**Sent:** Friday, August 20, 2021 3:06 PM
**To:** Jafek, Timothy (USACO) <TJafek@usa.doj.gov>; Knox, Susan (USACO) <sknox@usa.doj.gov>
**Cc:** Sanford J. Boxerman <boxerman@capessokol.com>; Calvin L. Lynch <Lynch@capessokol.com>; Michael A. Villa Jr. (Mike) (mvilla@meadowscollier.com) <mvilla@meadowscollier.com>; Brian J. Spiegel (bspiegel@meadowscollier.com) <bspiegel@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>
**Subject:** Monteagle 2(b) Privilege Log

Tim and Zeke:

Attached please find the Category 2 privilege log we are submitting on behalf of Monteagle.

Please be advised that we are not asserting privilege as to any of the Monteagle documents provided to us on August 5, 2021, that were originally Category 3, but subsequently moved to Category 1, nor are we asserting privilege as to any documents that were included in the 2(a) folder.

Thank you.  Have a nice weekend.

Sara Neill

## Sara G. Neill, J.D./LL.M. (Taxation)
Capes Sokol • *Shareholder*

**T** 314.505.5418 • **F** 314.505.5419
8182 Maryland Avenue, Fifteenth Floor • St. Louis, Missouri 63105

CONFIDENTIALITY NOTICE: The materials enclosed with this email transmission are private and confidential. The information contained in the material is privileged and is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email transmission in error, please immediately notify us either by telephone or by email to arrange for return of the emailed information to us.

**APPENDIX 38**





September 8, 2021

Assistant U.S. Attorney Susan Knox                *via email to susan.knox@usdoj.gov*
Assistant U.S. Attorney Timothy B. Jafek          *via email to timothy.jafek@usdoj.gov*
1801 California Street, Suite 1600
Denver, Colorado 80202

Re:     **Objection to Filter Team Processes**

Dear Counsel:

We are writing to follow up on our prior correspondence regarding our objections to the release of any documents to the Prosecution Team that our clients have not been given the opportunity to review and assert privilege over, and to renew our request that we be provided with a complete production of the documents produced in response to any subpoenas issued for emails from accounts belonging to either Mr. Miller or Dr. MacLeod.   To be clear, our objections encompass documents produced in response to subpoenas issued to any accounts belonging to (1) Dr. MacLeod, (2) Mr. Miller, or (3) any Monteagle employee.

To briefly recap our understanding, the documents reviewed by the Filter Team to date have been divided into three categories: Category 1 and Category 2 documents, which the Filter Team has provided to us to review and assert privilege, if any, and Category 3 documents, which the Filter Team has unilaterally determined are not subject to privilege without input from either a Court or our clients, the holders of any potential privilege.

Allowing review *only* of those documents which the Filter Team has identified as clearly or possibly privileged does not adequately protect our clients' claims of privilege.   Three different circuit courts have recognized the risks to privilege that arise when a Filter Team is allowed to make unilateral determinations of privilege and provide documents to the Prosecution Team without any check on those determinations.   *In re Sealed Search Warrant & Application for a Warrant by Tel. or Other Reliable Elec. Means ("Korf")*, -- F. 4th ----, 2021 WL 3852229 (11th Cir. Aug. 30, 2021); *In re Search Warrant Issued June 13, 2019 ("Baltimore Law Firm")*, 942 F.3d 159 (4th Cir. 2019); *In re Grand Jury Subpoenas 04-124-03 and 04-124-05 ("Winget")*, 454 F.3d 511 (6th Cir. 2006).

As each of these courts have pointed out, no matter how well-intentioned, there is the possibility that the Filter Team has made errors in privilege determinations, even if only through

Filter Team
September 8, 2021
Page 2

mistake or neglect. Moreover, reasonable differences in opinion regarding privilege can arise that
would result in privileged materials being provided to the Prosecution Team; those differences in
opinion should be resolved by a Court, not by the Filter Team acting unilaterally regarding
documents that our clients have not had the opportunity to review.

Without waiving our objections to the use of the Filter Team, we are again requesting the
opportunity to review any documents for privilege prior to their production the Prosecution Team.
As in the protocols approved by the Court in *Korf*, we will submit a privilege log identifying
documents over which we claim privilege, if any, to the Filter Team. To the extent the Filter Team
disagrees with our assertion of privilege and we are unable to come to a resolution, we can seek
court intervention to determine if the document is privileged with the Filter Team having the
benefit of access to the document in dispute.

Please let us know by September 22, 2021 if you will agree to allow us to conduct a
privilege review of any documents that the Filter Team has alleged are not subject to privilege.
Although we appreciate your willingness to work with us to this point, we will have to seek court
intervention to ensure that our clients' rights and privileges are protected if we are unable to come
to an agreement on this issue. Please let us know if you would like to schedule a conference to
discuss.

Sincerely,

*Sanford Boxerman*

Sanford J. Boxerman
Sara G. Neill
Counsel for Duane Miller
Co-Counsel for Monteagle Ventures

*Michael A. Villa, J.*

Michael A. Villa, Jr.
Counsel for Eric MacLeod
Co-Counsel for Monteagle Ventures

APPENDIX 40



**U.S. DEPARTMENT OF JUSTICE**

**Matthew T. Kirsch**
*Acting United States Attorney*
*District of Colorado*

---

*1801 California Street, Suite 1600*      *(303) 454-0100*
*Denver, CO  80202*

September 17, 2021

**Via Email**

Sanford J. Boxerman, Esquire
Sara G. Neill, Esquire
Capes, Sokol, Goodman & Sarachan, P.C.
8182 Maryland Avenue, Fifteenth Floor
Saint Louis, MO 63105

Michael A. Villa, Esquire
Meadows, Collier, Reed, Cousins, Crouch & Ungerman LLP
901 Main Street, Suite 3700
Dallas, Texas 75202

      Re:  Joint Objection to Release of Documents in Miller/MacLeod Investigation

Dear Counsel:

      This responds to your letter dated September 8, 2021.  In that letter, you jointly request that the Filter Team allow you to conduct a privilege review of any search-warrant documents that the Filter Team has determined are not subject to privilege (which we have termed the Category 3 documents) before they are turned over to the Prosecution Team.

      The Category 3 documents from what we have been calling the Miller and MacLeod returns (documents obtained through a search warrant to Google for the accounts d.miller@monteagleventures.com and E.MacLeod@monteagleventures.com) have already been turned over to the Prosecution Team.  We communicated our intent to do so on no fewer than three separate occasions:  First, in our initial letter to you dated April 5, 2021, when we said that Category 3 documents had already been given to the Prosecution Team (we clarified in our call with you shortly thereafter that we had not actually done so because of technical reasons); next, in our May 13, 2021 letter, when we said that if we did not receive the list of additional attorneys to incorporate into our review by May 20, 2021, we would turn over the Category 3 documents to the Prosecution Team as soon as possible; and finally in our July 26, 2021 letter, in which we

stated that the Category 3 documents would be turned over to the Prosecution Team probably the next day.  The Category 3 documents were subsequently turned over to the Prosecution Team.

Before the Filter Team turned the Category 3 documents over to the Prosecution Team, the Filter Team took many steps to prevent the release of privileged documents to the Prosecution Team.  Those steps included requesting from you a list of names and identifiers for attorneys who may have had privileged communications with your clients.  You provided that information on May 24, 2021, and, as described in our July 26, 2021 letter to you, we used that list to *re-review* the Category 3 documents.  In particular, we reviewed again all documents which had been designated Category 3 and that had hits from your provided list.  That resulted in 29 documents being moved from Category 3 to Category 1 in order to allow you to decide whether to pursue a claim to privilege for those documents.  Counsel for Miller and Monteagle have informed us that they are not asserting privilege as to any of those amended Category 2 documents; we have not heard back from counsel for MacLeod.

The Filter Team is confident that it has accomplished its goal of not releasing to the Prosecution Team privileged documents.  It is also taking measures to accomplish that goal with regard to additional material it has obtained through other search warrants.  We discussed those additional search warrants with you on our April 28, 2021 phone call.

Please let us know if you have any additional questions or concerns in this matter.

Yours Truly,

*Zeke Knox*
Susan "Zeke" Knox
AUSA
Susan.knox@usdoj.gov


*Timothy B. Jafek*
Timothy B. Jafek
AUSA
Timothy.jafek@usdoj.gov

Cc:   AUSA Rebecca Weber
Trial Attorney Katheryn Carpenter, DOJ Tax Div., Northern Criminal Enforcement Div.
Assistant Chief Jorge Almonte, DOJ Tax Div., Northern Criminal Enforcement Div.

**From:** Jafek, Timothy (USACO)
**Sent:** Wednesday, October 20, 2021 2:55 PM
**To:** Sara G. Neill ; Sanford J. Boxerman ; Calvin L. Lynch ; Villa, Michael A. ; Spiegel, Brian J.
**Cc:** Knox, Susan (USACO) ; Carpenter, Kathryn (TAX) ; Almonte, Jorge (TAX) ; Weber, Rebecca (USACO)
**Subject:** Miller/MacLeod - release to pros team of Cat 1 docs to which Miller or MacLeod do not claim privilege

Dear counsel:

The filter team is preparing to release to the prosecution team Category 1 documents to which neither Miller nor MacLeod claim privilege. That set of documents was determined by: (1) comparing the Miller Category 1 documents with the privilege log sent from Miller's counsel to Rebecca Weber in early July 2021, and (2) comparing the MacLeod Category 1 documents with the privilege log and list of documents to which MacLeod is not claiming privilege sent from MacLeod's counsel to Rebecca Weber on August 13, 2021. If you have any objections to this release, please let us know by the end of the day on October 22, 2021.

Please let me know if you have any questions.

Tim

**Timothy B. Jafek**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0104
Email: timothy.jafek@usdoj.gov

**APPENDIX 43**

 

October 22, 2021

Assistant U.S. Attorney Susan Knox                *via email to susan.knox@usdoj.gov*
Assistant U.S. Attorney Timothy B. Jafek       *via email to timothy.jafek@usdoj.gov*
1801 California Street, Suite 1600
Denver, Colorado 80202

**Re:       Release of Non-Privileged Category 1 Documents**

Dear Counsel:

We are writing in response to your October 20, 2021 email regarding the release of "Category 1" documents provided to the undersigned for review over which neither of our clients has claimed privilege.  As we understand it, you intend to release two sets of documents to the prosecution team: (1) "Category 1" documents reviewed by Capes Sokol that are not included on the privilege log provided by Capes Sokol to the prosecution team, and (2) "Category 1" documents reviewed by Meadows Collier that are identified on the list of non-privileged documents provided by Meadows Collier to the prosecution team.[1]

Assuming that is accurate, we do not object to the release of these documents to the prosecution team.  However, we are reiterating our ongoing objection to the release to the prosecution team of any documents that we have not been given the opportunity to review for claims of privilege.  *See In re Sealed Search Warrant & Application for a Warrant by Tel. or Other Reliable Elec. Means*, 11 F. 4th 1235 (11th Cir. 2021); *In re Grand Jury Subpoenas 04-124-03 and 04-124-05*, 454 F. 3d 511 (6th Cir. 2006).

Please feel free to contact us if you have any questions.

---

[1] We note that, to the extent there are any "Category 1" documents that were inadvertently left off of all three lists provided by Meadows Collier to the prosecution team, we do object to the release of those documents and request the opportunity to review such documents to clarify whether we intended to assert privilege over those documents.

Filter Team
October 22, 2021
Page 2

Sincerely,

*Sanford Boxerman*

Sanford J. Boxerman
Sara G. Neill
Counsel for Duane Miller
Co-Counsel for Monteagle Ventures

*Michael A. Villa, J.*

Michael A. Villa, Jr.
Brian J. Spiegel
Cari B. LaSala
Counsel for Eric MacLeod
Co-Counsel for Monteagle Ventures

APPENDIX 45

| | |
|---|---|
| **From:** | Spiegel, Brian J. |
| **Sent:** | Tuesday, June 28, 2022 1:28 PM |
| **To:** | Jafek, Timothy (USACO); Knox, Susan (USACO) |
| **Cc:** | LaSala, Cari B.; Villa, Michael A.; Sanford J. Boxerman; Sara G. Neill |
| **Subject:** | Monteagle Filter Team |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Tim and Zeke,

Are the two of you available Wednesday afternoon, Thursday, or Friday to speak about Monteagle?

Thanks,
Brian



**Brian J. Spiegel**
Partner

901 Main Street, Suite 3700
Dallas, Texas 75202

| | | |
|---|---|---|
| **Phone:** | 214.744.3700 | BIO |
| **Direct:** | 214.749.2418 | E-MAIL |
| **Toll Free:** | 800.451.0093 | WEB SITE |
| **Fax:** | 214.292.2328 | VCARD |

The message and information contained in or attached to this communication is privileged, confidential and intended only for the person or persons named above. If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient or recipients is strictly prohibited. If you receive this communication in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then please delete this communication from your computer. Thank you.

| | |
|---|---|
| **From:** | Spiegel, Brian J. |
| **Sent:** | Monday, July 18, 2022 6:49 PM |
| **To:** | rebecca.weber@usdoj.gov; Julia.M.Rugg@usdoj.gov; Sean.M.Green@tax.USDOJ.gov; Knox, Susan (USACO); Jafek, Timothy (USACO) |
| **Cc:** | Villa, Michael A.; LaSala, Cari B.; Sanford J. Boxerman; Sara G. Neill |
| **Subject:** | Monteagle |
| **Attachments:** | Monteagle Filter Team |

All,

We sent the attached email a couple of weeks ago but don't believe that we received a response. Would it be possible to have a call with the filter team and/or prosecuting team to discuss the current status of the matter?

Thanks,
Brian



**Brian J. Spiegel**
Partner

901 Main Street, Suite 3700
Dallas, Texas 75202

| | | |
|---|---|---|
| **Phone:** | 214.744.3700 | BIO |
| **Direct:** | 214.749.2418 | E-MAIL |
| **Toll Free:** | 800.451.0093 | WEB SITE |
| **Fax:** | 214.292.2328 | VCARD |

The message and information contained in or attached to this communication is privileged, confidential and intended only for the person or persons named above. If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient or recipients is strictly prohibited. If you receive this communication in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then please delete this communication from your computer. Thank you.

**APPENDIX 47**

| | |
|---|---|
| **From:** | Jafek, Timothy (USACO) <Timothy.Jafek@usdoj.gov> |
| **Sent:** | Tuesday, July 19, 2022 9:39 AM |
| **To:** | Spiegel, Brian J.; Weber, Rebecca (USACO); Rugg, Julia M. (TAX); Green, Sean M. (TAX); Knox, Susan (USACO) |
| **Cc:** | Villa, Michael A.; LaSala, Cari B.; Sanford J. Boxerman; Sara G. Neill |
| **Subject:** | RE: Monteagle |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

EXTERNAL EMAIL

Brian:

Thank you for the reminder. On the part of the filter team, we've been doing some work behind the scenes to prepare to talk with you. I apologize that we've been delayed and did not respond earlier. Expect to hear in the next few days from our colleagues in DOJ's Tax Division who are working with us on the filter team.


Tim

**Timothy B. Jafek**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0104
Email: timothy.jafek@usdoj.gov


---

**From:** Spiegel, Brian J.
**Sent:** Monday, July 18, 2022 5:49 PM
**To:** Weber, Rebecca (USACO) ; Rugg, Julia M. (TAX) ; Green, Sean M. (TAX) ; Knox, Susan (USACO) ; Jafek, Timothy (USACO)
**Cc:** Villa, Michael A. ; LaSala, Cari B. ; Sanford J. Boxerman ; Sara G. Neill
**Subject:** [EXTERNAL] Monteagle

All,

We sent the attached email a couple of weeks ago but don't believe that we received a response. Would it be possible to have a call with the filter team and/or prosecuting team to discuss the current status of the matter?

Thanks,
Brian



**Brian J. Spiegel**
Partner

901 Main Street, Suite 3700
Dallas, Texas 75202

| | | |
|---|---|---|
| **Phone:** | 214.744.3700 | BIO |
| **Direct:** | 214.749.2418 | E-MAIL |
| **Toll Free:** | 800.451.0093 | WEB SITE |
| **Fax:** | 214.292.2328 | VCARD |

The message and information contained in or attached to this communication is privileged, confidential and intended only for the person or persons named above. If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient or recipients is strictly prohibited. If you receive this communication in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then please delete this communication from your computer. Thank you.

**APPENDIX 49**

| | |
|---|---|
| **From:** | Meggali, George (TAX) <George.Meggali@usdoj.gov> |
| **Sent:** | Wednesday, July 20, 2022 1:47 PM |
| **To:** | Spiegel, Brian J. |
| **Cc:** | Knox, Susan (USACO); Jafek, Timothy (USACO); Almonte, Jorge (TAX); Weber, Rebecca (USACO); Rugg, Julia M. (TAX); Villa, Michael A.; LaSala, Cari B.; Sanford J. Boxerman; Sara G. Neill |
| **Subject:** | RE: Monteagle |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

EXTERNAL EMAIL
Hi Brian,

I am writing from the DOJ filter team associated with this case. My fellow filter team member, Jorge Almonte, and I are available this Friday or any day next week for a call on this matter. Please let us know which days work for you and your team.

Looking forward to speaking with you.

Best,
George

**George Meggali**
Trial Attorney
Northern Criminal Enforcement Section
U.S. Department of Justice | Tax Division
(202) 598-5969
George.Meggali@usdoj.gov

---

**From:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Sent:** Monday, July 18, 2022 5:49 PM
**To:** Weber, Rebecca (USACO) <rweber@usa.doj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Green, Sean M. (TAX) <Sean.M.Green@usdoj.gov>; Knox, Susan (USACO) <sknox@usa.doj.gov>; Jafek, Timothy (USACO) <TJafek@usa.doj.gov>
**Cc:** Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** [EXTERNAL] Monteagle

All,

We sent the attached email a couple of weeks ago but don't believe that we received a response. Would it be possible to have a call with the filter team and/or prosecuting team to discuss the current status of the matter?

Thanks,
Brian

**APPENDIX 50**



## Brian J. Spiegel
Partner

901 Main Street, Suite 3700
Dallas, Texas 75202

| | | |
|---|---|---|
| **Phone:** | 214.744.3700 | BIO |
| **Direct:** | 214.749.2418 | E-MAIL |
| **Toll Free:** | 800.451.0093 | WEB SITE |
| **Fax:** | 214.292.2328 | VCARD |

The message and information contained in or attached to this communication is privileged, confidential and intended only for the person or persons named above. If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient or recipients is strictly prohibited. If you receive this communication in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then please delete this communication from your computer. Thank you.

**APPENDIX 51**

| | |
|---|---|
| **From:** | Meggali, George (TAX) <George.Meggali@usdoj.gov> |
| **Sent:** | Wednesday, July 27, 2022 11:39 AM |
| **To:** | Spiegel, Brian J.; Villa, Michael A.; LaSala, Cari B.; Sanford J. Boxerman; Sara G. Neill |
| **Cc:** | Almonte, Jorge (TAX) |
| **Subject:** | DOJ Filter |

EXTERNAL EMAIL
Dear all,

Thanks for your time yesterday. The following are the Attachment B dates for the searched Gmail accounts subject to the filter protocol we discussed:

1. wemacleod@gmail.com -- January 1, 2016 to March 30, 2021
2. dcfamilyinvestments@gmail.com -- January 1, 2015 to March 30, 2021
3. Williammcmesser322@gmail.com – May 1, 2016 to March 30, 2021

Let us know if you have any other questions.

Thanks,
Jorge and George

**George Meggali**
Trial Attorney
Northern Criminal Enforcement Section
U.S. Department of Justice | Tax Division
(202) 598-5969
George.Meggali@usdoj.gov

**APPENDIX 52**

| | |
|---|---|
| **From:** | Meggali, George (TAX) <George.Meggali@usdoj.gov> |
| **Sent:** | Tuesday, August 23, 2022 10:21 AM |
| **To:** | Spiegel, Brian J. |
| **Cc:** | Almonte, Jorge (TAX); Villa, Michael A.; LaSala, Cari B.; Sanford J. Boxerman; Sara G. Neill |
| **Subject:** | RE: Monteagle |

EXTERNAL EMAIL
Hi all,

Hope you've been doing well. Please let us know if you have any additional search terms you'd like us to run for your respective client. We have the previous terms we received with you, and we plan on running law firm names and website domain names as well.

Please share any additional terms with us by this Friday, August 26th.

Thanks a lot,
George

---

**From:** Meggali, George (TAX)
**Sent:** Monday, July 25, 2022 7:38 AM
**To:** Spiegel, Brian J.
**Cc:** Knox, Susan (USACO) ; Jafek, Timothy (USACO) ; Almonte, Jorge (TAX) ; Weber, Rebecca (USACO) ; Rugg, Julia M. (TAX) ; Villa, Michael A. ; LaSala, Cari B. ; Sanford J. Boxerman ; Sara G. Neill
**Subject:** Re: Monteagle

That time works for Jorge and me.

---

**From:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Sent:** Friday, July 22, 2022 6:03:18 PM
**To:** Meggali, George (TAX) <George.Meggali@usdoj.gov>
**Cc:** Knox, Susan (USACO) <sknox@usa.doj.gov>; Jafek, Timothy (USACO) <TJafek@usa.doj.gov>; Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Weber, Rebecca (USACO) <rweber@usa.doj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** [EXTERNAL] RE: Monteagle

Hi George,

How about Tuesday at 3:30 central / 4:30 eastern?

Brian



**Brian J. Spiegel**
Partner

901 Main Street, Suite 3700
Dallas, Texas 75202

| | | |
|---|---|---|
| **Phone:** | 214.744.3700 | BIO |
| **Direct:** | 214.749.2418 | E-MAIL |
| **Toll Free:** | 800.451.0093 | WEB SITE |
| **Fax:** | 214.292.2328 | VCARD |

The message and information contained in or attached to this communication is privileged, confidential and intended only for the person or persons named above. If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient or recipients is strictly prohibited. If you receive this communication in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then please delete this communication from your computer. Thank you.

---

**From:** Meggali, George (TAX) <George.Meggali@usdoj.gov>
**Sent:** Wednesday, July 20, 2022 1:47 PM
**To:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Cc:** Knox, Susan (USACO) <Susan.Knox@usdoj.gov>; Jafek, Timothy (USACO) <Timothy.Jafek@usdoj.gov>; Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Weber, Rebecca (USACO) <Rebecca.Weber@usdoj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** RE: Monteagle

EXTERNAL EMAIL
Hi Brian,

I am writing from the DOJ filter team associated with this case. My fellow filter team member, Jorge Almonte, and I are available this Friday or any day next week for a call on this matter. Please let us know which days work for you and your team.

Looking forward to speaking with you.

Best,
George

**George Meggali**
Trial Attorney
Northern Criminal Enforcement Section
U.S. Department of Justice | Tax Division
(202) 598-5969
George.Meggali@usdoj.gov

---

**From:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Sent:** Monday, July 18, 2022 5:49 PM
**To:** Weber, Rebecca (USACO) <rweber@usa.doj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Green, Sean M.

(TAX) <Sean.M.Green@usdoj.gov>; Knox, Susan (USACO) <sknox@usa.doj.gov>; Jafek, Timothy (USACO) <TJafek@usa.doj.gov>
**Cc:** Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** [EXTERNAL] Monteagle

All,

We sent the attached email a couple of weeks ago but don't believe that we received a response. Would it be possible to have a call with the filter team and/or prosecuting team to discuss the current status of the matter?

Thanks,
Brian



**Brian J. Spiegel**
Partner

901 Main Street, Suite 3700
Dallas, Texas 75202

| | | |
|---|---|---|
| **Phone:** | 214.744.3700 | BIO |
| **Direct:** | 214.749.2418 | E-MAIL |
| **Toll Free:** | 800.451.0093 | WEB SITE |
| **Fax:** | 214.292.2328 | VCARD |

The message and information contained in or attached to this communication is privileged, confidential and intended only for the person or persons named above. If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient or recipients is strictly prohibited. If you receive this communication in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then please delete this communication from your computer. Thank you.

APPENDIX 55

| | |
|---|---|
| **From:** | Sara G. Neill <neill@capessokol.com> |
| **Sent:** | Wednesday, August 24, 2022 4:40 PM |
| **To:** | Meggali, George (TAX); Spiegel, Brian J. |
| **Cc:** | Almonte, Jorge (TAX); Villa, Michael A.; LaSala, Cari B.; Sanford J. Boxerman |
| **Subject:** | RE: Monteagle |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

EXTERNAL EMAIL

George,

Thank you for your email. During our call on July 26, you indicated you would need to follow up with us to confirm the email addresses and date ranges for the three search warrants at issue. We have not received confirmation and only have the information provided during our call.

We also asked a few questions that you indicated you would need to get back to us on, but we have not yet received a response.

1. Of the approximately 150,000 emails obtained through the three search warrants, how many of those relate to each of the three email addresses (e.g., how many are from Duane Miller's email account)?
2. It is our understanding you used search terms to identify approximately 22,000 privileged communications. What search terms did you use?
3. If an email contains an attorney in the to, from, cc, or bcc line, is it included in the 22,000 privileged communications you have identified, even if there is a third party also copied on the email?

Thank you.

Sara Neill


# Sara G. Neill, J.D./LL.M. (Taxation)
Capes Sokol • *Shareholder*

**T** 314.505.5418 • **F** 314.505.5419
8182 Maryland Avenue, Fifteenth Floor • St. Louis, Missouri 63105

CONFIDENTIALITY NOTICE: The materials enclosed with this email transmission are private and confidential. The information contained in the material is privileged and is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email transmission in error, please immediately notify us either by telephone or by email to arrange for return of the emailed information to us.

**From:** Meggali, George (TAX)
**Sent:** Tuesday, August 23, 2022 10:21 AM
**To:** Spiegel, Brian J.
**Cc:** Almonte, Jorge (TAX) ; Villa, Michael A. ; LaSala, Cari B. ; Sanford J. Boxerman ; Sara G. Neill
**Subject:** RE: Monteagle

Hi all,

1

Hope you've been doing well. Please let us know if you have any additional search terms you'd like us to run for your respective client. We have the previous terms we received with you, and we plan on running law firm names and website domain names as well.

Please share any additional terms with us by this Friday, August 26th.

Thanks a lot,
George

**From:** Meggali, George (TAX) <George.Meggali@usdoj.gov>
**Sent:** Monday, July 25, 2022 7:38 AM
**To:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Cc:** Knox, Susan (USACO) <sknox@usa.doj.gov>; Jafek, Timothy (USACO) <TJafek@usa.doj.gov>; Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Weber, Rebecca (USACO) <rweber@usa.doj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** Re: Monteagle

That time works for Jorge and me.

**From:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Sent:** Friday, July 22, 2022 6:03:18 PM
**To:** Meggali, George (TAX) <George.Meggali@usdoj.gov>
**Cc:** Knox, Susan (USACO) <sknox@usa.doj.gov>; Jafek, Timothy (USACO) <TJafek@usa.doj.gov>; Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Weber, Rebecca (USACO) <rweber@usa.doj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** [EXTERNAL] RE: Monteagle

Hi George,

How about Tuesday at 3:30 central / 4:30 eastern?

Brian



**Brian J. Spiegel**
Partner

**901 Main Street, Suite 3700**
**Dallas, Texas 75202**

| | | |
|---|---|---|
| **Phone:** | 214.744.3700 | BIO |
| **Direct:** | 214.749.2418 | E-MAIL |
| **Toll Free:** | 800.451.0093 | WEB SITE |

**APPENDIX 57**

**Fax:**     214.292.2328         VCARD

The message and information contained in or attached to this communication is privileged, confidential and intended only for the person or persons named above. If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient or recipients is strictly prohibited. If you receive this communication in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then please delete this communication from your computer. Thank you.

---

**From:** Meggali, George (TAX) <George.Meggali@usdoj.gov>
**Sent:** Wednesday, July 20, 2022 1:47 PM
**To:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Cc:** Knox, Susan (USACO) <Susan.Knox@usdoj.gov>; Jafek, Timothy (USACO) <Timothy.Jafek@usdoj.gov>; Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Weber, Rebecca (USACO) <Rebecca.Weber@usdoj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** RE: Monteagle

EXTERNAL EMAIL
Hi Brian,

I am writing from the DOJ filter team associated with this case. My fellow filter team member, Jorge Almonte, and I are available this Friday or any day next week for a call on this matter. Please let us know which days work for you and your team.

Looking forward to speaking with you.

Best,
George

**George Meggali**
Trial Attorney
Northern Criminal Enforcement Section
U.S. Department of Justice | Tax Division
(202) 598-5969
George.Meggali@usdoj.gov

---

**From:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Sent:** Monday, July 18, 2022 5:49 PM
**To:** Weber, Rebecca (USACO) <rweber@usa.doj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Green, Sean M. (TAX) <Sean.M.Green@usdoj.gov>; Knox, Susan (USACO) <sknox@usa.doj.gov>; Jafek, Timothy (USACO) <TJafek@usa.doj.gov>
**Cc:** Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** [EXTERNAL] Monteagle

All,

We sent the attached email a couple of weeks ago but don't believe that we received a response. Would it be possible to have a call with the filter team and/or prosecuting team to discuss the current status of the matter?

Thanks,
Brian



**Brian J. Spiegel**
Partner

901 Main Street, Suite 3700
Dallas, Texas 75202

| | | |
|---|---|---|
| **Phone:** | 214.744.3700 | BIO |
| **Direct:** | 214.749.2418 | E-MAIL |
| **Toll Free:** | 800.451.0093 | WEB SITE |
| **Fax:** | 214.292.2328 | VCARD |

The message and information contained in or attached to this communication is privileged, confidential and intended only for the person or persons named above. If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient or recipients is strictly prohibited. If you receive this communication in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then please delete this communication from your computer. Thank you.

| | |
|---|---|
| **From:** | Meggali, George (TAX) <George.Meggali@usdoj.gov> |
| **Sent:** | Thursday, August 25, 2022 9:40 AM |
| **To:** | Sara G. Neill; Spiegel, Brian J. |
| **Cc:** | Almonte, Jorge (TAX); Villa, Michael A.; LaSala, Cari B.; Sanford J. Boxerman |
| **Subject:** | RE: Monteagle |
| **Attachments:** | DOJ Filter |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

EXTERNAL EMAIL
Hi Sara,

We sent the attached email the day after our call, where we confirmed the SW date ranges. Please let me know if you'd like us to forward it to you if the attachment doesn't work.

Some reports and analyses need to be run to provide some of the information you're requesting, which we're not in a position to provide immediately. But we can tell you that the 22,000 potentially privileged communications were generated by the search terms the defense previously provided to the taint team at the Colorado U.S. Attorney's Office.

For now, all we're asking is whether any of you want to provide updates to the search terms you previously provided the Colorado U.S. Attorney's Office on behalf of your respective clients. We'll get you answers to your other questions as soon as possible.

Would getting us any updates by tomorrow be feasible?

Thanks,
George

---

**From:** Sara G. Neill
**Sent:** Wednesday, August 24, 2022 5:40 PM
**To:** Meggali, George (TAX) ; Spiegel, Brian J.
**Cc:** Almonte, Jorge (TAX) ; Villa, Michael A. ; LaSala, Cari B. ; Sanford J. Boxerman
**Subject:** [EXTERNAL] RE: Monteagle

George,

Thank you for your email. During our call on July 26, you indicated you would need to follow up with us to confirm the email addresses and date ranges for the three search warrants at issue. We have not received confirmation and only have the information provided during our call.

We also asked a few questions that you indicated you would need to get back to us on, but we have not yet received a response.

1. Of the approximately 150,000 emails obtained through the three search warrants, how many of those relate to each of the three email addresses (e.g., how many are from Duane Miller's email account)?

1

2. It is our understanding you used search terms to identify approximately 22,000 privileged communications. What search terms did you use?
3. If an email contains an attorney in the to, from, cc, or bcc line, is it included in the 22,000 privileged communications you have identified, even if there is a third party also copied on the email?

Thank you.

Sara Neill

**Sara G. Neill, J.D./LL.M. (Taxation)**
Capes Sokol • *Shareholder*

─────────────────────

**T** 314.505.5418 • **F** 314.505.5419
8182 Maryland Avenue, Fifteenth Floor • St. Louis, Missouri 63105

**CONFIDENTIALITY NOTICE**: The materials enclosed with this email transmission are private and confidential. The information contained in the material is privileged and is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email transmission in error, please immediately notify us either by telephone or by email to arrange for return of the emailed information to us.

**From:** Meggali, George (TAX) <George.Meggali@usdoj.gov>
**Sent:** Tuesday, August 23, 2022 10:21 AM
**To:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Cc:** Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** RE: Monteagle

Hi all,

Hope you've been doing well. Please let us know if you have any additional search terms you'd like us to run for your respective client. We have the previous terms we received with you, and we plan on running law firm names and website domain names as well.

Please share any additional terms with us by this Friday, August 26th.

Thanks a lot,
George

**From:** Meggali, George (TAX) <George.Meggali@usdoj.gov>
**Sent:** Monday, July 25, 2022 7:38 AM
**To:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Cc:** Knox, Susan (USACO) <sknox@usa.doj.gov>; Jafek, Timothy (USACO) <TJafek@usa.doj.gov>; Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Weber, Rebecca (USACO) <rweber@usa.doj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill

<neill@capessokol.com>
**Subject:** Re: Monteagle

That time works for Jorge and me.

---

**From:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Sent:** Friday, July 22, 2022 6:03:18 PM
**To:** Meggali, George (TAX) <George.Meggali@usdoj.gov>
**Cc:** Knox, Susan (USACO) <sknox@usa.doj.gov>; Jafek, Timothy (USACO) <TJafek@usa.doj.gov>; Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Weber, Rebecca (USACO) <rweber@usa.doj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** [EXTERNAL] RE: Monteagle

Hi George,

How about Tuesday at 3:30 central / 4:30 eastern?

Brian



**Brian J. Spiegel**
Partner

901 Main Street, Suite 3700
Dallas, Texas 75202

| | | |
|---|---|---|
| **Phone:** | 214.744.3700 | BIO |
| **Direct:** | 214.749.2418 | E-MAIL |
| **Toll Free:** | 800.451.0093 | WEB SITE |
| **Fax:** | 214.292.2328 | VCARD |

The message and information contained in or attached to this communication is privileged, confidential and intended only for the person or persons named above. If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient or recipients is strictly prohibited. If you receive this communication in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then please delete this communication from your computer. Thank you.

---

**From:** Meggali, George (TAX) <George.Meggali@usdoj.gov>
**Sent:** Wednesday, July 20, 2022 1:47 PM
**To:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Cc:** Knox, Susan (USACO) <Susan.Knox@usdoj.gov>; Jafek, Timothy (USACO) <Timothy.Jafek@usdoj.gov>; Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Weber, Rebecca (USACO) <Rebecca.Weber@usdoj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill

<neill@capessokol.com>
**Subject:** RE: Monteagle

EXTERNAL EMAIL
Hi Brian,

I am writing from the DOJ filter team associated with this case. My fellow filter team member, Jorge Almonte, and I are available this Friday or any day next week for a call on this matter. Please let us know which days work for you and your team.

Looking forward to speaking with you.

Best,
George

**George Meggali**
Trial Attorney
Northern Criminal Enforcement Section
U.S. Department of Justice | Tax Division
(202) 598-5969
George.Meggali@usdoj.gov

---

**From:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Sent:** Monday, July 18, 2022 5:49 PM
**To:** Weber, Rebecca (USACO) <rweber@usa.doj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Green, Sean M. (TAX) <Sean.M.Green@usdoj.gov>; Knox, Susan (USACO) <sknox@usa.doj.gov>; Jafek, Timothy (USACO) <TJafek@usa.doj.gov>
**Cc:** Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** [EXTERNAL] Monteagle

All,

We sent the attached email a couple of weeks ago but don't believe that we received a response. Would it be possible to have a call with the filter team and/or prosecuting team to discuss the current status of the matter?

Thanks,
Brian



**Brian J. Spiegel**
Partner

901 Main Street, Suite 3700
Dallas, Texas 75202

**Phone:**   214.744.3700   BIO

4

| | | |
|---|---|---|
| **Direct:** | 214.749.2418 | E-MAIL |
| **Toll Free:** | 800.451.0093 | WEB SITE |
| **Fax:** | 214.292.2328 | VCARD |

The message and information contained in or attached to this communication is privileged, confidential and intended only for the person or persons named above. If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient or recipients is strictly prohibited. If you receive this communication in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then please delete this communication from your computer. Thank you.

APPENDIX 64

| | |
|---|---|
| **From:** | Sara G. Neill <neill@capessokol.com> |
| **Sent:** | Thursday, August 25, 2022 4:01 PM |
| **To:** | Meggali, George (TAX); Spiegel, Brian J. |
| **Cc:** | Almonte, Jorge (TAX); Villa, Michael A.; LaSala, Cari B.; Sanford J. Boxerman |
| **Subject:** | RE: Monteagle |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

EXTERNAL EMAIL

George,

Thank you for your email. It is our understanding the Government has obtained over 150,000 emails in response to the search warrants on the dcfamilyinvestments@gmail.com, wemacleod@gmail.com; and Williammcmesser322@gmail.com accounts. During our call on July 26, 2022, we requested the ability to review all of the emails received in response to the search warrants on the dcfamilyinvstments@gmail.com and wemacleod@gmail.com accounts in order to be able to make our own privilege determinations. While we certainly appreciate your willingness to run searches and to allow us to provide search terms, we do not know what search terms were already used (we previously provided the names of lawyers and law firms, but not search terms). Further, there are some issues with this case that cause us concern about the ability of search terms to capture all privileged communications. For example, we have come across many communications between Mr. Miller and Dr. MacLeod where one person is relaying legal advice provided to the other since they were not both on every call and every email. Based on your proposed handling of the emails, these communications, while privileged, would not be flagged as such if Mr. Miller or Dr. MacLeod did not refer to the attorneys by name or mention the names of their law firms. Further, there are relationships between some of the law firms and other third-party advisors that may give rise to the attorney-client privilege under certain limited circumstances. Finally, many of Mr. Miller and Dr. MacLeod's emails are personal in nature and have nothing to do with the case. In order to ensure the prosecution team does not receive any privileged, irrelevant, and private communications, during our call we offered to review the emails in a prompt matter and provide you with all non-privileged emails, as well as a privilege log.

Please let us know by next Friday, September 2 whether this is acceptable to you. If not, we intend to seek the Court's involvement and would request that you refrain from reviewing any of the search warrant emails unless and until we obtain a final ruling allowing you to do so.

Sara


## Sara G. Neill, J.D./LL.M. (Taxation)
Capes Sokol • *Shareholder*

**From:** Meggali, George (TAX)
**Sent:** Thursday, August 25, 2022 9:40 AM
**To:** Sara G. Neill ; Spiegel, Brian J.
**Cc:** Almonte, Jorge (TAX) ; Villa, Michael A. ; LaSala, Cari B. ; Sanford J. Boxerman
**Subject:** RE: Monteagle

Hi Sara,

We sent the attached email the day after our call, where we confirmed the SW date ranges. Please let me know if you'd like us to forward it to you if the attachment doesn't work.

Some reports and analyses need to be run to provide some of the information you're requesting, which we're not in a position to provide immediately. But we can tell you that the 22,000 potentially privileged communications were generated by the search terms the defense previously provided to the taint team at the Colorado U.S. Attorney's Office.

For now, all we're asking is whether any of you want to provide updates to the search terms you previously provided the Colorado U.S. Attorney's Office on behalf of your respective clients. We'll get you answers to your other questions as soon as possible.

Would getting us any updates by tomorrow be feasible?

Thanks,
George

---

**From:** Sara G. Neill <neill@capessokol.com>
**Sent:** Wednesday, August 24, 2022 5:40 PM
**To:** Meggali, George (TAX) <George.Meggali@usdoj.gov>; Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Cc:** Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>
**Subject:** [EXTERNAL] RE: Monteagle

George,

Thank you for your email. During our call on July 26, you indicated you would need to follow up with us to confirm the email addresses and date ranges for the three search warrants at issue. We have not received confirmation and only have the information provided during our call.

We also asked a few questions that you indicated you would need to get back to us on, but we have not yet received a response.

1. Of the approximately 150,000 emails obtained through the three search warrants, how many of those relate to each of the three email addresses (e.g., how many are from Duane Miller's email account)?
2. It is our understanding you used search terms to identify approximately 22,000 privileged communications. What search terms did you use?
3. If an email contains an attorney in the to, from, cc, or bcc line, is it included in the 22,000 privileged communications you have identified, even if there is a third party also copied on the email?

Thank you.

Sara Neill

**Sara G. Neill, J.D./LL.M. (Taxation)**
Capes Sokol • *Shareholder*

**T** 314.505.5418 • **F** 314.505.5419
8182 Maryland Avenue, Fifteenth Floor • St. Louis, Missouri 63105

**CONFIDENTIALITY NOTICE**: The materials enclosed with this email transmission are private and confidential. The information contained in the material is privileged and is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email transmission in error, please immediately notify us either by telephone or by email to arrange for return of the emailed information to us.

**From:** Meggali, George (TAX) <George.Meggali@usdoj.gov>
**Sent:** Tuesday, August 23, 2022 10:21 AM
**To:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Cc:** Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** RE: Monteagle

Hi all,

Hope you've been doing well. Please let us know if you have any additional search terms you'd like us to run for your respective client. We have the previous terms we received with you, and we plan on running law firm names and website domain names as well.

Please share any additional terms with us by this Friday, August 26th.

Thanks a lot,
George

**From:** Meggali, George (TAX) <George.Meggali@usdoj.gov>
**Sent:** Monday, July 25, 2022 7:38 AM
**To:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Cc:** Knox, Susan (USACO) <sknox@usa.doj.gov>; Jafek, Timothy (USACO) <TJafek@usa.doj.gov>; Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Weber, Rebecca (USACO) <rweber@usa.doj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** Re: Monteagle

That time works for Jorge and me.

**From:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Sent:** Friday, July 22, 2022 6:03:18 PM
**To:** Meggali, George (TAX) <George.Meggali@usdoj.gov>
**Cc:** Knox, Susan (USACO) <sknox@usa.doj.gov>; Jafek, Timothy (USACO) <TJafek@usa.doj.gov>; Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Weber, Rebecca (USACO) <rweber@usa.doj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** [EXTERNAL] RE: Monteagle

Hi George,

APPENDIX 67

How about Tuesday at 3:30 central / 4:30 eastern?

Brian



**Brian J. Spiegel**
Partner

901 Main Street, Suite 3700
Dallas, Texas 75202

| | | |
|---|---|---|
| **Phone:** | 214.744.3700 | BIO |
| **Direct:** | 214.749.2418 | E-MAIL |
| **Toll Free:** | 800.451.0093 | WEB SITE |
| **Fax:** | 214.292.2328 | VCARD |

The message and information contained in or attached to this communication is privileged, confidential and intended only for the person or persons named above. If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient or recipients is strictly prohibited. If you receive this communication in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then please delete this communication from your computer. Thank you.

**From:** Meggali, George (TAX) <George.Meggali@usdoj.gov>
**Sent:** Wednesday, July 20, 2022 1:47 PM
**To:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Cc:** Knox, Susan (USACO) <Susan.Knox@usdoj.gov>; Jafek, Timothy (USACO) <Timothy.Jafek@usdoj.gov>; Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Weber, Rebecca (USACO) <Rebecca.Weber@usdoj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** RE: Monteagle

EXTERNAL EMAIL
Hi Brian,

I am writing from the DOJ filter team associated with this case. My fellow filter team member, Jorge Almonte, and I are available this Friday or any day next week for a call on this matter. Please let us know which days work for you and your team.

Looking forward to speaking with you.

Best,
George

**George Meggali**
Trial Attorney

Northern Criminal Enforcement Section
U.S. Department of Justice | Tax Division
(202) 598-5969
George.Meggali@usdoj.gov

---

**From:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Sent:** Monday, July 18, 2022 5:49 PM
**To:** Weber, Rebecca (USACO) <rweber@usa.doj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Green, Sean M. (TAX) <Sean.M.Green@usdoj.gov>; Knox, Susan (USACO) <sknox@usa.doj.gov>; Jafek, Timothy (USACO) <TJafek@usa.doj.gov>
**Cc:** Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** [EXTERNAL] Monteagle

All,

We sent the attached email a couple of weeks ago but don't believe that we received a response. Would it be possible to have a call with the filter team and/or prosecuting team to discuss the current status of the matter?

Thanks,
Brian



**Brian J. Spiegel**
Partner

901 Main Street, Suite 3700
Dallas, Texas 75202

| | | |
|---|---|---|
| **Phone:** | 214.744.3700 | BIO |
| **Direct:** | 214.749.2418 | E-MAIL |
| **Toll Free:** | 800.451.0093 | WEB SITE |
| **Fax:** | 214.292.2328 | VCARD |

The message and information contained in or attached to this communication is privileged, confidential and intended only for the person or persons named above. If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient or recipients is strictly prohibited. If you receive this communication in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then please delete this communication from your computer. Thank you.

| | |
|---|---|
| **From:** | Meggali, George (TAX) <George.Meggali@usdoj.gov> |
| **Sent:** | Thursday, September 1, 2022 3:50 PM |
| **To:** | Sara G. Neill; Spiegel, Brian J. |
| **Cc:** | Almonte, Jorge (TAX); Villa, Michael A.; LaSala, Cari B.; Sanford J. Boxerman |
| **Subject:** | RE: Monteagle |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

EXTERNAL EMAIL

Sara,

We appreciate the concerns you raise. The search warrants approved by the District of Colorado lay out a filter protocol. That protocol requires a filter team to identify and segregate communications that may be subject to attorney-client privilege. It particularly lays out that the filter team will identify and segregate communications to/from attorneys, which may or may not be subject to attorney-client privilege. As we explained, we have preliminarily identified certain documents as potentially privileged documents, but wanted to give you all an additional opportunity to provide any additional names/email addresses to ensure the completeness of our search.

The filter protocol also lays out that if the filter team believes that any of the communications to/from attorney are not actually privileged (e.g., the communications includes a third party), that the filter team may consult with defense counsel or, alternatively, seek court approval, before providing these communications to the investigative team. It is contemplated that the filter team will provide all communications that do not involve an attorney or are otherwise subject to attorney-client privilege to the investigative team for its review.

Because the court approved the search warrants bearing that protocol in mind, we will proceed accordingly. Therefore, to ensure the most comprehensive filter possible, we are again asking for any additional search-term updates that you wish to provide that would fully capture any potentially privileged material throughout the following date ranges:

1. wemacleod@gmail.com -- January 1, 2016 to March 30, 2021
2. dcfamilyinvestments@gmail.com -- January 1, 2015 to March 30, 2021
3. Williammcmesser322@gmail.com — May 1, 2016 to March 30, 2021

Thus, we will continue with our review and intend to seek either your concurrence or the court's approval, as contemplated in the approved filter protocol.

Sincerely,
George

---

**From:** Sara G. Neill <neill@capessokol.com>
**Sent:** Thursday, August 25, 2022 5:01 PM
**To:** Meggali, George (TAX) <George.Meggali@usdoj.gov>; Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Cc:** Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>
**Subject:** [EXTERNAL] RE: Monteagle

George,

Thank you for your email.  It is our understanding the Government has obtained over 150,000 emails in response to the search warrants on the dcfamilyinvestments@gmail.com, wemacleod@gmail.com; and Williammcmesser322@gmail.com accounts.  During our call on July 26, 2022, we requested the ability to review all of the emails received in response to the search warrants on the dcfamilyinvstments@gmail.com and wemacleod@gmail.com accounts in order to be able to make our own privilege determinations.  While we certainly appreciate your willingness to run searches and to allow us to provide search terms, we do not know what search terms were already used (we previously provided the names of lawyers and law firms, but not search terms).  Further, there are some issues with this case that cause us concern about the ability of search terms to capture all privileged communications.  For example, we have come across many communications between Mr. Miller and Dr. MacLeod where one person is relaying legal advice provided to the other since they were not both on every call and every email.  Based on your proposed handling of the emails, these communications, while privileged, would not be flagged as such if Mr. Miller or Dr. MacLeod did not refer to the attorneys by name or mention the names of their law firms.  Further, there are relationships between some of the law firms and other third-party advisors that may give rise to the attorney-client privilege under certain limited circumstances.  Finally, many of Mr. Miller and Dr. MacLeod's emails are personal in nature and have nothing to do with the case.  In order to ensure the prosecution team does not receive any privileged, irrelevant, and private communications, during our call we offered to review the emails in a prompt matter and provide you with all non-privileged emails, as well as a privilege log.

Please let us know by next Friday, September 2 whether this is acceptable to you.  If not, we intend to seek the Court's involvement and would request that you refrain from reviewing any of the search warrant emails unless and until we obtain a final ruling allowing you to do so.

Sara

## Sara G. Neill, J.D./LL.M. (Taxation)
Capes Sokol • *Shareholder*

---

**From:** Meggali, George (TAX) <George.Meggali@usdoj.gov>
**Sent:** Thursday, August 25, 2022 9:40 AM
**To:** Sara G. Neill <neill@capessokol.com>; Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Cc:** Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>
**Subject:** RE: Monteagle

Hi Sara,

We sent the attached email the day after our call, where we confirmed the SW date ranges. Please let me know if you'd like us to forward it to you if the attachment doesn't work.

Some reports and analyses need to be run to provide some of the information you're requesting, which we're not in a position to provide immediately. But we can tell you that the 22,000 potentially privileged communications were generated by the search terms the defense previously provided to the taint team at the Colorado U.S. Attorney's Office.

For now, all we're asking is whether any of you want to provide updates to the search terms you previously provided the Colorado U.S. Attorney's Office on behalf of your respective clients. We'll get you answers to your other questions as soon as possible.

Would getting us any updates by tomorrow be feasible?

Thanks,

George

---

**From:** Sara G. Neill <neill@capessokol.com>
**Sent:** Wednesday, August 24, 2022 5:40 PM
**To:** Meggali, George (TAX) <George.Meggali@usdoj.gov>; Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Cc:** Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>
**Subject:** [EXTERNAL] RE: Monteagle

George,

Thank you for your email.  During our call on July 26, you indicated you would need to follow up with us to confirm the email addresses and date ranges for the three search warrants at issue.  We have not received confirmation and only have the information provided during our call.

We also asked a few questions that you indicated you would need to get back to us on, but we have not yet received a response.

1. Of the approximately 150,000 emails obtained through the three search warrants, how many of those relate to each of the three email addresses (e.g., how many are from Duane Miller's email account)?
2. It is our understanding you used search terms to identify approximately 22,000 privileged communications.  What search terms did you use?
3. If an email contains an attorney in the to, from, cc, or bcc line, is it included in the 22,000 privileged communications you have identified, even if there is a third party also copied on the email?

Thank you.

Sara Neill

**Sara G. Neill, J.D./LL.M. (Taxation)**
Capes Sokol • *Shareholder*

**T** 314.505.5418 • **F** 314.505.5419
8182 Maryland Avenue, Fifteenth Floor • St. Louis, Missouri 63105

CONFIDENTIALITY NOTICE: The materials enclosed with this email transmission are private and confidential. The information contained in the material is privileged and is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email transmission in error, please immediately notify us either by telephone or by email to arrange for return of the emailed information to us.

---

**From:** Meggali, George (TAX) <George.Meggali@usdoj.gov>
**Sent:** Tuesday, August 23, 2022 10:21 AM
**To:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Cc:** Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** RE: Monteagle

Hi all,

Hope you've been doing well. Please let us know if you have any additional search terms you'd like us to run for your respective client. We have the previous terms we received with you, and we plan on running law firm names and website domain names as well.

Please share any additional terms with us by this Friday, August 26th.

Thanks a lot,
George

---

**From:** Meggali, George (TAX) <George.Meggali@usdoj.gov>
**Sent:** Monday, July 25, 2022 7:38 AM
**To:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Cc:** Knox, Susan (USACO) <sknox@usa.doj.gov>; Jafek, Timothy (USACO) <TJafek@usa.doj.gov>; Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Weber, Rebecca (USACO) <rweber@usa.doj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** Re: Monteagle

That time works for Jorge and me.

---

**From:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Sent:** Friday, July 22, 2022 6:03:18 PM
**To:** Meggali, George (TAX) <George.Meggali@usdoj.gov>
**Cc:** Knox, Susan (USACO) <sknox@usa.doj.gov>; Jafek, Timothy (USACO) <TJafek@usa.doj.gov>; Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Weber, Rebecca (USACO) <rweber@usa.doj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara G. Neill <neill@capessokol.com>
**Subject:** [EXTERNAL] RE: Monteagle

Hi George,

How about Tuesday at 3:30 central / 4:30 eastern?

Brian



**Brian J. Spiegel**
Partner

901 Main Street, Suite 3700
Dallas, Texas 75202

**Phone:**   214.744.3700        BIO

4

| | | |
|---|---|---|
| **Direct:** | 214.749.2418 | E-MAIL |
| **Toll Free:** | 800.451.0093 | WEB SITE |
| **Fax:** | 214.292.2328 | VCARD |

The message and information contained in or attached to this communication is privileged, confidential and intended only for the person or persons named above.  If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient or recipients is strictly prohibited.  If you receive this communication in error, do not read it.  Please immediately reply to the sender that you have received this communication in error and then please delete this communication from your computer.  Thank you.

**From:** Meggali, George (TAX) <George.Meggali@usdoj.gov>
**Sent:** Wednesday, July 20, 2022 1:47 PM
**To:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Cc:** Knox, Susan (USACO) <Susan.Knox@usdoj.gov>; Jafek, Timothy (USACO) <Timothy.Jafek@usdoj.gov>; Almonte, Jorge (TAX) <Jorge.Almonte@usdoj.gov>; Weber, Rebecca (USACO) <Rebecca.Weber@usdoj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara E. Neill <neill@capessokol.com>
**Subject:** RE: Monteagle

EXTERNAL EMAIL
Hi Brian,

I am writing from the DOJ filter team associated with this case. My fellow filter team member, Jorge Almonte, and I are available this Friday or any day next week for a call on this matter. Please let us know which days work for you and your team.

Looking forward to speaking with you.

Best,
George

**George Meggali**
Trial Attorney
Northern Criminal Enforcement Section
U.S. Department of Justice | Tax Division
(202) 598-5969
George.Meggali@usdoj.gov

**From:** Spiegel, Brian J. <bspiegel@meadowscollier.com>
**Sent:** Monday, July 18, 2022 5:49 PM
**To:** Weber, Rebecca (USACO) <rweber@usa.doj.gov>; Rugg, Julia M. (TAX) <Julia.M.Rugg@usdoj.gov>; Green, Sean M. (TAX) <Sean.M.Green@usdoj.gov>; Knox, Susan (USACO) <sknox@usa.doj.gov>; Jafek, Timothy (USACO) <TJafek@usa.doj.gov>
**Cc:** Villa, Michael A. <mvilla@meadowscollier.com>; LaSala, Cari B. <clasala@meadowscollier.com>; Sanford J. Boxerman <boxerman@capessokol.com>; Sara E. Neill <neill@capessokol.com>
**Subject:** [EXTERNAL] Monteagle

All,

We sent the attached email a couple of weeks ago but don't believe that we received a response.  Would it be possible to have a call with the filter team and/or prosecuting team to discuss the current status of the matter?

Thanks,
Brian



**Brian J. Spiegel**
Partner

901 Main Street, Suite 3700
Dallas, Texas 75202

| | | |
|---|---|---|
| **Phone:** | 214.744.3700 | BIO |
| **Direct:** | 214.749.2418 | E-MAIL |
| **Toll Free:** | 800.451.0093 | WEB SITE |
| **Fax:** | 214.292.2328 | VCARD |

The message and information contained in or attached to this communication is privileged, confidential and intended only for the person or persons named above.  If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient or recipients is strictly prohibited.  If you receive this communication in error, do not read it.  Please immediately reply to the sender that you have received this communication in error and then please delete this communication from your computer.  Thank you.

**APPENDIX 75**