**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
_____ **DIVISION**

| | |
|---|---|
| **MONTEAGLE VENTURES, LLC, DUANE MILLER, and ERIC MACLEOD,** | Case No. _____ |
| **Movants,** | |
| v. | NOTICE OF RELATED CASES |
| **UNITED STATES OF AMERICA,** | |
| **Respondent.** | |

Pursuant to D.C.COLO.LCivR 3.2, the undersigned hereby advises the Court that, upon information and belief, there is one or more search warrant application(s) in this District related to this matter. The undersigned does not know the Judge(s) or Docket Number(s) relating to such application(s).

Respectfully submitted,

*/s/ Sanford J. Boxerman*
Sanford J. Boxerman
Missouri State Bar No. 37436
boxerman@capessokol.com
Sara G. Neill
Missouri State Bar No. 53053
neill@capessokol.com
**CAPES, SOKOL, GOODMAN & SARACHAN, PC**
8182 Maryland Avenue, 15th Floor
St. Louis, MO 63105
Telephone: (314) 721-7701
FAX: (314) 721-0554

**COUNSEL FOR MOVANT DUANE MILLER**
**CO-COUNSEL FOR MOVANT MONTEAGLE VENTURES, LLC**