```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX104571
Cashier ID: no
Transaction Date: 09/22/2022
Payer Name: Sanfor Jay Boxerman
------------------------------------------
MISCELLANEOUS PAPERS
 For: Sanfor Jay Boxerman
 Amount:         $49.00
------------------------------------------
CREDIT CARD
 Amt Tendered: $49.00
------------------------------------------
Total Due:      $49.00
Total Tendered: $49.00
Change Amt:     $0.00
```

Filing Fee

for

22-y-232-CNS

A fee of $53.00 will be assessed on any returned check.