**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:22-Y-00232-CNS |
| | ) |
| Various Email Accounts, | ) |
| | ) |
| Defendants. | ) |

**REQUEST FOR ISSUANCE OF SUMMONS**

Movants Duane Miller and Monteagle Ventures, LLC, by and through their undersigned counsel, respectfully request that the Clerk issue the two summonses attached hereto as Exhibit 1 and Exhibit 2, both to be served upon the United States of America pursuant to Rule 4(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**

By: */s/ Sanford J. Boxerman*
Sanford J. Boxerman, #37436(MO)
8182 Maryland Avenue, Fifteenth Floor
St. Louis, Missouri 63105
314-505-5470 (Phone)
314-505-5471 (Facsimile)
boxerman@capessokol.com

*Attorney for Movant, Duane Miller, and Co-Counsel for Movant Monteagle Ventures, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served by filing a copy of the same with the Court's electronic filing system this 22nd day of September, 2022.

*/s/ Sara G. Neill*