UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
DENVER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**VARIOUS EMAIL ACCOUNTS,**<br><br>**Defendants.** | **Case No. 1:22-y-00232-CNS**<br><br>*In re* **MONTEAGLE VENTURES,** LLC, **DUANE MILLER, and ERIC MACLEOD.** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael A. Villa, Jr., Brian J. Spiegel, and Cari B. LaSala of the law firm Meadows, Collier, Reed, Cousins, Crouch, and Ungerman, LLP hereby appear as counsel on behalf of Movant Eric MacLeod and as co-counsel on behalf of Movant Monteagle Ventures, LLC. Pursuant to D.C.COLO.LAttyR 5(a)(3), the undersigned hereby each certify that he/she is a member in good standing of the bar of this Court.

DATED: September 26, 2022

Respectfully submitted,

    */s/ Michael A. Villa, Jr.*
Michael A. Villa, Jr.
Texas State Bar No. 24051475
mvilla@meadowscollier.com

    */s/ Brian J. Spiegel*
Brian J. Spiegel
Texas State Bar No. 24063987
bspiegel@meadowscollier.com

    */s/ Cari B. LaSala*
Cari B. LaSala
Texas State Bar No. 24087890
clasala@meadowscollier.com

**MEADOWS, COLLIER, REED,**
   **COUSINS, CROUCH & UNGERMAN, LLP**
901 Main Street, Suite 3700
Dallas, Texas  75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile

**COUNSEL FOR MOVANT ERIC MACLEOD**
**CO-COUNSEL FOR MOVANT MONTEAGLE VENTURE**