**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
DENVER DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:22-y-00232-CNS |
| | ) | |
| | ) | *In re* MONTEAGLE VENTURES, LLC, |
| VARIOUS EMAIL ACCOUNTS, | ) | DUANE MILLER, AND ERIC MACLEOD |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Sara Neill enters her appearance on behalf of Movant, Duane Miller, and Movant Monteagle Ventures, LLC.

                                                      Respectfully submitted,

                                                      **CAPES, SOKOL, GOODMAN &
SARACHAN, P.C.**

                                                      By: */s/ Sara G. Neill*
                                                      Sara G. Neill, #53053 (MO)
                                                      8182 Maryland Avenue, Fifteenth Floor
                                                      St. Louis, Missouri 63105
                                                      314-505-5418 (Phone)
                                                      314-505-5419 (Facsimile)
                                                      neill@capessokol.com

                                                      ***Attorney for Plaintiffs Movant, Duane Miller, and Movant Monteagle Ventures, LLC***

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served by filing a copy of the same with the Court's electronic filing system this 27th day of September, 2022.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Sara G. Neill*