IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 22-y-00232-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VARIOUS EMAIL ACCOUNTS,

    Defendant.

## NOTICE OF APPEARANCE OF COUNSEL

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of a bar, and I appear in this case as counsel for the United States of America.

DATED this 13th day of October, 2022.

    Respectfully submitted,

    DAVID A. HUBBERT
    Deputy Assistant Attorney General
    Tax Division

    By: */s/ Julia Rugg*
    JULIA RUGG
    Trial Attorney, Tax Division
    United States Department of Justice
    150 M Street NE
    Washington, DC 20002
    Tel: (202) 305-2679
    Fax: (202) 514-9623
    Email: Julia.M.Rugg@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that October 13, 2022, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to the attorneys of record.

      By: */s/ Julia Rugg*
JULIA RUGG
Trial Attorney, Tax Division
United States Department of Justice
150 M Street NE
Washington, DC 20002
Tel: (202) 305-2679
Fax: (202) 514-9623
Email: Julia.M.Rugg@usdoj.gov