IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 22-y-00232-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VARIOUS EMAIL ACCOUNTS,

    Defendant.

## UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

The United States respectfully requests that the Court extend its deadline to file its response to Monteagle Ventures LLC, Duane Miller, and Eric MacLeod's ("the Movants") Motion for Return of Property and for Injunctive Relief (ECF No. 1) until November 23, 2022. In support of the motion, the United States submits the following:

1.    The Movants filed their Motion for Return of Property and for Injunctive Relief on September 21, 2022. ECF No. 1.

2.    The United States Attorney for the District of Colorado received service of the motion on October 3, 2022.

3.    The United States' deadline to respond to the Movants' motion is currently on October 24, 2022. *See* ECF No. 4 (providing that the Government file a response within 21 days of being served with the motion and the Court's minute order).

4.    The United States and the Movants (collectively "the parties") are engaged in

discussions to resolve this case. Granting an extension of 30 days would allow the parties to continue their discussions.

     5.     On October 13, 2022, the undersigned counsel for the United States contacted counsel for the Movants regarding the Government's request for an extension of time. Counsel for the Movants does not oppose the relief requested.

     6.     Undersigned counsel certifies that the United States has not sought any previous extensions of time to file its responses to the Movants' motion.

Respectfully submitted this 13th day of October, 2022.

DAVID A. HUBBERT  
Deputy Assistant Attorney General  
Tax Division

By: */s/ Julia Rugg*  
JULIA RUGG  
Trial Attorney, Tax Division  
United States Department of Justice  
150 M Street NE  
Washington, DC 20002  
Tel: (202) 305-2679  
Fax: (202) 514-9623  
Email: Julia.M.Rugg@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that October 13, 2022, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to the attorneys of record.

By: */s/ Julia Rugg*
JULIA RUGG
Trial Attorney, Tax Division
United States Department of Justice
150 M Street NE
Washington, DC 20002
Tel: (202) 305-2679
Fax: (202) 514-9623
Email: Julia.M.Rugg@usdoj.gov