# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Monteagle Ventures, LLC et al., Movants ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:22-Y-00232-CNS |
| ) | |
| ) | |
| United States of America, ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Sara G. Neill enters her appearance on behalf of Duane Miller, and on behalf of Monteagle Ventures, LLC.

Respectfully submitted,

**CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**

By: */s/ Sara G. Neill*
Sara G. Neill, #53053 (MO)
8182 Maryland Avenue, Fifteenth Floor
St. Louis, Missouri 63105
314-505-5418 (Phone)
314-505-5419 (Facsimile)
neill@capessokol.com

*Attorney for Duane Miller, and Co-Counsel for Monteagle Ventures, LLC*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing was served by filing a copy of the same with the Court's electronic filing system this 13th day of October, 2022.

                _/s/ Sara G. Neill_