IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 22-y-00232-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VARIOUS EMAIL ACCOUNTS,

    Defendant.

---

**UNITED STATES' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

---

The United States respectfully requests that the Court extend its deadline to file its response to Monteagle Ventures LLC, Duane Miller, and Eric MacLeod's ("the Movants") Motion for Return of Property and for Injunctive Relief (ECF No. 1) for 60-days (*i.e.*, until January 22, 2023). This is the United States' second motion for extension of time to file a response, and the current deadline for United States' response is November 23, 2022. In support of the motion, the United States submits the following:

    1.    The Court granted the United States' first motion for extension of time to file, setting the current deadline to respond to the Movants' motion as November 23, 2022. (Dkt. No. 11).

    2.    The United States and the Movants (collectively "the parties") continue to be engaged in discussions to resolve this case. Since the United States' first motion for extension of time, the parties have made progress resolving the issues raised in the first part of the Movants'

motion (*i.e.*, Section A), including the government producing to the Movants materials from the two email accounts at issue. The government has also restricted the prosecution team's access to the documents described in Section A of the Movants' motion while the parties continue to work toward resolving the matter.

3. The United States needs additional time to resolve the remaining concerns in the Movants' motion. An extension of 60-days would allow the parties to continue their work to resolve this matter.

4. On November 16, 2022, counsel for the United States contacted counsel for the Movants regarding the government's request for an extension of time. Counsel for the Movants does not oppose the relief requested.

5. Undersigned counsel certifies that the United States has sought one previous extension of time to file its responses to the Movants' motion. (ECF No. 10).

Respectfully submitted this 16th day of November, 2022.

DAVID A. HUBBERT
Deputy Assistant Attorney General
Tax Division

By: */s/ Julia Rugg*
JULIA RUGG
Trial Attorney, Tax Division
United States Department of Justice
150 M Street NE
Washington, DC 20002
Tel: (202) 305-2679
Fax: (202) 514-9623
Email: Julia.M.Rugg@usdoj.gov

## CERTIFICATE OF SERVICE

   I hereby certify that November 16, 2022, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to the attorneys of record.

                  By: */s/ Julia Rugg*
                  JULIA RUGG
                  Trial Attorney, Tax Division
                  United States Department of Justice
                  150 M Street NE
                  Washington, DC 20002
                  Tel: (202) 305-2679
                  Fax: (202) 514-9623
                  Email: Julia.M.Rugg@usdoj.gov