IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 22-y-00232-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VARIOUS EMAIL ACCOUNTS,

    Defendant.

---

**UNITED STATES' THIRD UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE**

---

    The United States respectfully requests that the Court extend its deadline to file its response to Monteagle Ventures LLC, Duane Miller, and Eric MacLeod's ("the Movants") Motion for Return of Property and for Injunctive Relief (ECF No. 1) for 60-days (*i.e.*, until March 24, 2023). This is the United States' third motion for extension of time to file a response, and the current deadline for United States' response is January 23, 2023. In support of the motion, the United States submits the following:

    1.    The Court granted the United States' second motion for extension of time to file, setting the current deadline to respond to the Movants' motion as January 23, 2023. (ECF No. 14).

    2.    The United States and the Movants (collectively "the parties") continue to be engaged in discussions to resolve this case. Since the United States' second motion for extension of time, the parties have made progress resolving the issues raised in both the first part (*i.e.*,

Section A) and the second part (*i.e.*, Section B) of the Movants' motion.

3. With regard to Section A, the government produced to the Movants materials from the two email accounts at issue. The Movants have reviewed portions of the Section A material for potentially privileged documents and cleared certain documents for the prosecution team's review. Those documents to which the Movants objected continue to be withheld from the prosecution team while the parties work toward resolving the matter. The Movants continue to review the remainder of the Section A material and anticipate completing their review within the next 60 days.

4. With regard to Section B, the parties reached a tentative agreement in principle on January 20 to a revised filter protocol governing the review of those documents referenced in Section B of the motion. The parties are in the process of reducing the agreement to writing and implementing the technical and administrative processes necessary to execute the agreement. The government has and will continue to restrict the prosecution team's access to the documents described in Section B while the parties work toward resolving the matter.

5. Based on the above, the United States needs additional time to resolve the remaining concerns in the Movants' motion. An extension of 60 days would allow the parties to continue their work to resolve this matter.

6. On January 20, 2023, counsel for the United States contacted counsel for the Movants regarding the government's request for an extension of time. Counsel for the Movants does not oppose the relief requested.

7. Undersigned counsel certifies that the United States has sought two previous extensions of time to file its responses to the Movants' motion. (ECF Nos. 10, 13).

Respectfully submitted this 20th day of January, 2023.

DAVID A. HUBBERT
Deputy Assistant Attorney General
Tax Division

By: */s/ Julia Rugg*
JULIA RUGG
Trial Attorney, Tax Division
United States Department of Justice
150 M Street NE
Washington, DC 20002
Tel: (202) 305-2679
Fax: (202) 514-9623
Email: Julia.M.Rugg@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that January 20, 2023, I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to the attorneys of record.

      By: */s/ Julia Rugg*
JULIA RUGG
Trial Attorney, Tax Division
United States Department of Justice
150 M Street NE
Washington, DC 20002
Tel: (202) 305-2679
Fax: (202) 514-9623
Email: Julia.M.Rugg@usdoj.gov