IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 22-y-00232-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VARIOUS EMAIL ACCOUNTS,

    Defendant.

---

**UNITED STATES' FOURTH UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE**

---

The United States respectfully requests that the Court extend its deadline to file its response to Monteagle Ventures LLC, Duane Miller, and Eric MacLeod's ("the Movants") Motion for Return of Property and for Injunctive Relief (ECF No. 1) for 60-days (*i.e.*, until May 23, 2023). This is the United States' fourth motion for extension of time to file a response. The current deadline for United States' response was March 24, 2023. The government apologizes for this untimely extension request.

In support of the motion, the United States submits the following:

1.    The Court granted the United States' third motion for extension of time to file, setting the current deadline to respond to the Movants' motion as March 24, 2023. (ECF No. 16).

2.    The United States and the Movants (collectively "the parties") continue to be engaged in discussions to resolve this case. Since the United States' third motion for extension of

1

time, the parties have made progress resolving the issues raised in both the first part (*i.e.*, Section A) and the second part (*i.e.*, Section B) of the Movants' motion.

3. With regard to Section A, the Movants have continued to review the Section A material for potentially privileged documents. Those documents to which the Movants objected continue to be withheld from the prosecution team while the parties work toward resolving the matter.

4. With regard to Section B, the parties reduced a tentative agreement to writing for a revised filter protocol governing the review of those documents referenced in Section B of the motion. The parties are in the process of finalizing that agreement and implementing the technical and administrative processes necessary to execute the agreement. The government has and will continue to restrict the prosecution team's access to the documents described in Section B while the parties work toward resolving the matter.

5. Based on the above, the United States needs additional time to resolve the remaining concerns in the Movants' motion. An extension of 60 days would allow the parties to continue their work to resolve this matter.

6. On March 14, 2023, counsel for the United States contacted counsel for the Movants regarding the government's request for an extension of time. Counsel for the Movants does not oppose the relief requested.

7. Undersigned counsel certifies that the United States has sought three previous extensions of time to file its responses to the Movants' motion. (ECF Nos. 10, 13, 15).

Respectfully submitted this 27th day of March, 2023.

        DAVID A. HUBBERT
        Deputy Assistant Attorney General
        Tax Division

        By: */s/ Julia Rugg*
        JULIA RUGG
        Trial Attorney, Tax Division
        United States Department of Justice
        150 M Street NE
        Washington, DC 20002
        Tel: (202) 305-2679
        Fax: (202) 514-9623
        Email: Julia.M.Rugg@usdoj.gov

        COLE FINEGAN
        United States Attorney

By:    *s/ Rebecca S. Weber*
        Rebecca S. Weber
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Email: Rebecca.Weber@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 27th day of March, 2023, I electronically filed the foregoing **UNITED STATES' FOURTH UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                By:  *s/Michelle Trujillo*
                      Supervisory Legal Assistant
                      United States Attorney's Office