## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:22-Y-00232-CNS ) ) |
| VARIOUS EMAIL ACCOUNTS, | ) ) |
| Defendant. | ) |

## MEMORANDUM AND REQUEST
## THAT CASE BE DISMISSED WITHOUT PREJUDICE

Movants, Monteagle Ventures, LLC, Duane Miller, and Eric MacLeod, by and through undersigned counsel, respectfully advise the Court that, as a result of the entry on May 4, 2023, of certain unopposed Orders in Case Nos. 1:21-sw-00382-MEH and 1:21-sw-00384-MEH, the requests for relief set forth by Movants in their Motion for Return of Property and for Injunctive Relief (Doc. 1) filed herein on September 21, 2022 have become moot.

Accordingly, Movants respectfully request that this case be dismissed without prejudice. Counsel for the United States has authorized the undersigned to advise the Court that the United States joins in the request.

Respectfully submitted,

*/s/ Sanford J. Boxerman*
Sanford J. Boxerman
Missouri State Bar No. 37436
boxerman@capessokol.com
Sara G. Neill
Missouri State Bar No. 53053
neill@capessokol.com
**CAPES, SOKOL, GOODMAN & SARACHAN, PC**
8182 Maryland Avenue, 15th Floor
St. Louis, MO 63105
Telephone: (314) 721-7701
FAX: (314) 721-0554

**COUNSEL FOR MOVANT DUANE MILLER**
**CO-COUNSEL FOR MOVANT MONTEAGLE VENTURES, LLC**


*/s/ Michael A. Villa, Jr.*
Michael A. Villa, Jr.
Texas State Bar No. 24051475
mvilla@meadowscollier.com
Brian J. Spiegel
Texas State Bar No. 24063987
bspiegel@meadowscollier.com
**MEADOWS, COLLIER, REED,**
   **COUSINS, CROUCH & UNGERMAN, LLP**
901 Main Street, Suite 3700
Dallas, Texas  75202
Telephone: (214) 744-3700
FAX: (214) 747-3732

**COUNSEL FOR MOVANT ERIC MACLEOD**
**CO-COUNSEL FOR MOVANT MONTEAGLE VENTURES, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served by filing a copy of the same with the Court's electronic filing system this 16th day of May, 2023.

 */s/ Sanford J. Boxerman*